IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUN 13 A 11: 45

| | |
|---|---|
| KOCH FOODS OF ALABAMA LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NUMBER: |
| GENERAL ELECTRIC CAPITAL CORPORATION, | ) 2:07cv522-MHT |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and under the provisions of the Middle District of Alabama's General Order No. 3047 and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant General Electric Capital Corporation certify that it is a wholly-owned indirect subsidiary of General Electric Company (NYSE: GE).

This the 13th day of June, 2007.

Respectfully submitted,

Rusha C. Smith
Rusha C. Smith
Attorney for Defendant General Electric Capital Corporation

OF COUNSEL:
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

OF COUNSEL:
Alexander Terras
Timothy Scott Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312)207-1000
Facsimile: (312) 207-6400


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel of record addressed as follows:

    Thomas G. Mancuso, Esq.
    Mancuso & Franco, P.C.
    7515 Halcyon Summit Drive
    Suite 301
    Montgomery, AL 36117

    Eugene J. Geekie, Jr., Esq.
    Mike Xu, Esq.
    Schiff Hardin LLP
    6600 Sears Tower
    Chicago, IL 60606

by placing same in the United States mail, postage prepaid, on this the 13th day of June, 2007.


OF COUNSEL

1/1588262.1