IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KOCH FOODS OF ALABAMA LLC,   )
an Alabama Limited           )
Liability Co.,               )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )        2:07cv522-MHT
                             )
GENERAL ELECTRIC CAPITAL     )
Corporation, a Delaware      )
Corporation,                 )
                             )
     Defendant.              )
```

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 2) is granted.

DONE, this the 18th day of June, 2007.

                     /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**