IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUN 28 A 10: 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 2:07-cv-522 |
| | ) | |
| GENERAL ELECTRIC CAPITAL CORPORATION | ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

COMES NOW, the undersigned, pursuant to Local Rule 83.1(b), and respectfully moves this Court for admission *pro hac vice* of Eugene J. Geekie, Jr. and Zhiyuan Xu in the above-styled case. As grounds for this motion, the undersigned shows as follows:

1. Eugene J. Geekie, Jr. and Zhiyuan Xu have been retained by the Plaintiff Koch Foods of Alabama LLC to represent it in connection with this action.

2. Mr. Geekie and Mr. Xu are attorneys at the firm of Schiff Hardin, LLP, 6600 Sears Tower, 233 South Wacker Drive, Chicago, Illinois 60606-6473, (312)258-5500 (telephone), (312)258-5600 (facsimile), egeekie@schiffhardin.com, and mxu@schiffhardin.com.

3. Mr. Geekie and Mr. Xu are qualified, admitted, and licensed to practice before the United States District Court for the Northern District of Illinois. Attached hereto are the Certificates of Good Standing for Mr. Geekie and Mr. Xu issued by that Court. Mr. Geekie and Mr. Xu have never been disciplined or otherwise disqualified from the practice of law nor has an application for their *pro hac vice* admission in a case been denied.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that Mr. Geekie and Mr. Xu be admitted to practice *pro hac vice* before this Court.

Respectfully submitted,

Thomas G. Mancuso
Attorney for Plaintiff Koch Foods
of Alabama LLC

OF COUNSEL:
Mancuso & Franco, P.C.
7515 Halcyon Summit Drive
Suite 301
Montgomery, Alabama 36117
Telephone: (334)481-1800
Facsimile: (334)481-1810

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel of record addressed as follows:

Rusha C. Smith, Esq.
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104

Alexander Terras, Esq.
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, Illinois 60606

Timothy Scott Harris, Esq.
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, Illinois 60606

by placing same in the United States mail, postage prepaid, on this the 28th day of June, 2007.

_____
Of Counsel

P:\tgm\Client Files\Koch vs GE Capital\Federal Pro Hac.doc

AO82 SWEDA
(Rev. 4/91)

TRIPLICATE
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF ALABAMA
at _____ MONTGOMERY _____

0611

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publication |
| 322350 | Copy Fees |
| 322360 | Miscellaneous |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution of U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Filings Spec. Acct. |
| 510100 | Registry Admin. Acct. |

CASE REFERENCE:

2:07CV522-T

RECEIVED FROM

Mancuso & Franco

7515 Halcyon Summit Dr.

Mntg, AL 36117

PHV - Eugene J. Geekie Jr.

PHV - Zhiyuan Xu

DEPUTY CLERK _____

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.

THIS IS A RECEIPT, NOT A BILL

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Eugene J. Geekie Jr.

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Eugene J. Geekie Jr. was duly admitted to practice in said Court on (12/08/1988) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/20/2007 )

Michael W. Dobbins, Clerk,
By: David A. Jozwiak
    Deputy Clerk

https://ecf.ilnd.circ7.dcn/atyAdmission/29800Certificate.htm                    6/20/2007

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Zhiyuan Xu

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Zhiyuan Xu
was duly admitted to practice in said Court on (06/21/2007)
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/22/2007 )

                                              Michael W. Dobbins, Clerk,
                                        By: Krysten J. Coppoletta
                                              Deputy Clerk