IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KOCH FOODS OF ALABAMA LLC,   )
an Alabama Limited           )
Liability Co.,               )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )     2:07cv522-MHT
                             )
GENERAL ELECTRIC CAPITAL     )
Corporation, a Delaware      )
Corporation,                 )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 7) is granted.

DONE, this the 9th day of July, 2007.


　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE