# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KOCH FOODS OF ALABMA, LLC, ) <br> An Alabama Limited Liability company ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRICAL CAPITAL ) <br> CORPORATION ) <br> A Delaware corporation ) <br> ) <br> Defendant. ) | Case No. 07-cv-522-MHT <br><br><br><br> Honorable Myron H. Thompson <br> Honorable Terry F. Moorer |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure and the provisions of the Middle District of Alabama's General Order No. 3047, which are to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Koch Foods of Alabama, LLC certifies that it is a wholly-owned subsidiary of Koch Foods, Inc.

Dated:  July 10, 2007                                       Respectfully submitted,


                                                            By:    /s/ Zhiyuan Xu
                                                            One of the attorneys for Plaintiff

Thomas G. Mancuso
Mancuso & Franco, P.C.
7515 Halcyon Summit Drive, Suite 301
Montgomery, Alabama 36117
(334)481-1800

OF COUNSEL
Eugene J. Geekie, Jr. (Illinois Bar No. 6195060)
Zhiyuan "Mike" Xu (Illinois Bar No. 6292094)
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (Fax)

egeekie@schiffhardin.com
mxu@schiffhardin.com

## CERTIFCATE OF SERVICE

I hereby certify that a copy of the forgoing <u>Plaintiff's Corporate Disclosure Statement</u> has been served upon counsel of record addressed as follows:

> Alexander Terras
> Reed Smith Sachnoff & Weaver
> 10 South Wacker Drive
> Chicago, IL 60606
> 312-207-1000
> Fax: 312-207-6400
>
> Rusha Christina Smith
> Bradley Arant Rose & White LLP
> One Federal Place
> 1819 Fifth Avenue North
> Birmingham, AL 35203-2104
> 205-521-8010
> Fax: 205-488-6010
> Email: rsmith@bradleyarant.com
>
> Timothy Scott Harris
> Reed Smith Sachnoff & Weaver
> 10 South Wacker Drive
> Suite 4000
> Chicago, IL 60606
> 312-207-1000
> Fax: 312-207-6400
> Email: tharris@reedsmith.com

By placing same in the United States mail, postage prepaid, on this the 10th day of July, 2007.

           /s/ Zhiyuan Xu
           Counsel

CH2\ 1928389.1