IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS OF ALABAMA LLC, an Alabama limited liability company | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:07-cv-522-MHT ) |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation | ) ) ) ) |
| Defendant and Counter-Plaintiff. | ) ) |

## ORDER

It is **ORDERED** that the parties shall convene for a telephonic hearing on **September 19, 2007 at 10:00 a.m.** on *GE Capital's Motion to Compel Inspection of the Equipment Within a Shortened Time Period* (Doc. 15, filed September 17, 2007). The hearing shall be attended by at least one of the attorneys representing each of the parties. Defendant GE Capital shall be responsible for coordinating all the necessary parties on a joint conference call and calling chambers at (334) 954-3740 at the appropriate time.

DONE this 18th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE