**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, ) <br> an Alabama limited liability company ) <br> ) <br>     Plaintiff and Counterclaim-defendant, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC CAPITAL ) <br> CORPORATION, ) <br> a Delaware corporation, ) <br> ) <br>     Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT <br><br> Honorable Myron H. Thompson <br> Honorable Terry F. Moorer |

**KOCH FOODS' RESPONSE TO GE CAPITAL'S MOTION TO COMPEL
INSPECTION OF THE EQUIPMENT WITHIN A SHORTENED TIME PERIOD**

Plaintiff and Counterclaim Defendant, Koch Foods of Alabama, LLC ("Koch Foods"), through its undersigned counsel, hereby files its response to GE Capital's Motion to Compel Inspection of the Equipment within a Shortened Time Period (the "Motion"). In support hereof, Koch Foods states as follows:

1. Koch Foods believes that the Motion is premature and frivolous, and that it is filed simply to cast Koch Foods and its counsel in a bad light. This is the proverbial making of a mountain out of a mole-hill.

2. Koch foods did not oppose to GE Capital's inspection of the Equipment at issue on the date requested, but has sought information from GE Capital's counsel regarding the specifics of the inspection so that proper arrangements for the inspection can be made – for example, who will attend the inspection, what will be done at the inspection, and how long the

2

inspection will take. GE Capital's counsel has refused to provide any information regarding the intended inspection.

   3. The Equipment at issue is located at a Koch Foods' facility where several shifts operate per day and hundreds of thousands of chickens are processed daily. Koch Foods has reasonably requested that counsel for GE Capital provide the requested information regarding the intended inspection so as to minimize any disruption of Koch Foods' business operations.

   4. It is unreasonable for GE Capital to request an inspection without providing the information that Koch Foods has inspected. Rather than involving the court in this "dispute," GE Capital should provide details of its inspection plan.

   5. Koch Foods is happy to arrange an inspection on September 24, 2007 if GE Capital provides information about the inspection. The information should include the names of person(s) who will conduct the inspection, how the inspection will be conducted, and the time period which the inspection will take.

[This Space Intentionally Left Blank]

Dated: September 18, 2007                                    Koch Foods of Alabama, LLC

                                                             Respectfully submitted,


                                                             By:    /s/ Zhiyuan Xu
                                                             Zhiyuan Xu, one of the attorneys

Thomas G. Mancuso
Mancuso & Franco, P.C.
7515 Halcyon Summit Drive, Suite 301
Montgomery, Alabama 36117
(334)481-1800

OF COUNSEL
Eugene J. Geekie, Jr.
Zhiyuan "Mike" Xu
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (Fax)
egeekie@schiffhardin.com
mxu@schiffhardin.com

CERTIFCATE OF SERVICE

The undersigned, an attorney, certifies that copies of the forgoing *Koch Foods' Response to GE Capital's Motion to Compel Inspection of the Equipment within a Shortened Time Period* were caused to be served upon counsel of record addressed as follows by email and the ECF system on this 18th day of September, 2007.

    Alexander Terras
    Timothy Scott Harris
    Reed Smith Sachnoff & Weaver
    10 South Wacker Drive
    Chicago, IL 60606
    312-207-1000
    Fax: 312-207-6400
    tharris@reedsmith.com
    aterras@reedsmith.com

    Rusha Christina Smith
    Bradley Arant Rose & White LLP
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, AL 35203-2104
    205-521-8010
    Fax: 205-488-6010
    Email: rsmith@bradleyarant.com

                      /s/ Zhiyuan Xu
                         Zhiyuan Xu

CH2\ 2081355.2