IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS OF ALABAMA LLC, an Alabama limited liability company,     Plaintiff, v. GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,     Defendant and Counter-Plaintiff. | CIVIL ACTION NO. 2:07-cv-522-MHT |

## ORDER

Pending before the Court is *GE Capital's Motion to Compel Inspection of the Equipment Within a Shortened Time Period* (Doc. 15, filed September 17, 2007) and *Koch Foods' Response to GE Capital's Motion to Compel Inspection of the Equipment within a Shortened Time Period* (Doc. 17, filed September 18, 2007). For good cause, it is

**ORDERED** the motion (Doc. 15) is **GRANTED**. The inspection of the equipment at issue shall occur on September 24, 2007. It is further **ORDERED** that **on or before noon on September 21, 2007**, GE Capital shall inform counsel for Koch Foods of the details of the inspection including who will be attending, whether there will be videotaping, the scope of the inspection, and the anticipated length of the inspection.

DONE this 19th day of September, 2007.

      /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE