IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS OF ALABAMA LLC, an Alabama limited liability company )<br>)<br>) | |
| Plaintiff , ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-cv-522-MHT |
| ) | |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation )<br>)<br>)<br>) | |
| Defendant and Counter-Plaintiff. )<br>) | |

## **ORDER**

Upon of review and consideration of Plaintiff's *Motion for Protective Order, and for Sanctions Against Counsel for General Electric Capital Corporation* (Doc. 22, filed October 24, 2007), it is

**ORDERED** that Defendant show cause why this motion should not be granted on or before **October 31, 2007**.

DONE this 25th day of October, 2007.

       /s/Terry F. Moorer
      TERRY F. MOORER
      UNITED STATES MAGISTRATE JUDGE