UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) ) |
| vs. | ) CIVIL ACTION NO. ) 2:07 CV 522-MHT |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | ) ) ) |
| Defendant, and Counter-Plaintiff, | ) ) ) |

### DEFENDANT GENERAL ELECTRIC CAPITAL CORPORATION'S MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

Pursuant to the mandate of Federal Rule of Civil Procedure 26(b)(5)(B) and this Court's administrative procedures, Defendant General Electric Capital Corporation ("GECC") hereby moves this Court to enter an Order granting GECC leave to file the following motion under seal, entitled *GE Capital's Motion Pursuant to Federal Rule of Civil Procedure 26(b)(5)(B) for a Determination of Whether Koch Foods of Alabama, LLC's Alleged Claim of Privilege Attaches to Produced Documents*. In support, GECC states that Federal Rule of Civil Procedure 26(b)(5)(B) mandates that information subject to a motion made under such subsection be filed under seal, and that GECC's Motion, while not including the information in question nor disclosing its substantive contents, does necessarily reference the information. GECC, therefore, files this motion as a precaution and as notice to the party that produced the information.

Respectfully submitted,

/s/ Rusha C. Smith
Rusha C. Smith
One of the Attorneys for Defendant General Electric Capital Corporation

OF COUNSEL:
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

OF COUNSEL:
Alexander Terras
Timothy S. Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL  60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2007, I served a copy of the foregoing pleading upon the following counsel of record, properly addressed as follows:

VIA FEDERAL EXPRESS

Thomas G. Mancuso, Esq.
Mancuso & Franco, P.C.
7515 Halcyon Summit Drive
Suite 301
Montgomery, AL  36177

Eugene J. Geekie, Jr., Esq.
Mike Xu, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606

_____
COUNSEL