IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA LLC, an Alabama limited liability company | ) ) ) | |
| Plaintiff , | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07-cv-522-MHT |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation | ) ) ) ) | |
| Defendant and Counter-Plaintiff. | ) ) | |

## **ORDER**

Pending before the Court is *Defendant General Electric Capital Corporation's Motion for Leave to File Motion Under Seal* (Doc. 24, filed October 25, 2007). For good cause, it is

**ORDERED** the motion (Doc. 24) is **GRANTED**. The Clerk shall docket the attached motion and exhibits under seal.

DONE this 26th day of October, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE