IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA LLC, an Alabama limited liability company | ) ) ) | |
| Plaintiff , | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07-cv-522-MHT |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation | ) ) ) ) | |
| Defendant and Counter-Plaintiff. | ) ) | |

## ORDER

Pending before the Court is Plaintiff's *Motion for Protective Order, and for Sanctions Against Counsel for General Electric Capital Corporation* (Doc. 22, filed October 24, 2007) and other related motions. As per the Court's discussions with counsel on November 2, 2007, because this is a is a diversity action, state law controls the privileged nature of the material sought in discovery. *See Somer v. Johnson*, 704 F.2d 1473, 1478 (11th Cir. 1983). Thus, supplemental briefs using Alabama state law are due by **noon on Friday, November 9, 2007**.

DONE this 6th day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE