IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA LLC, | ) | |
| an Alabama limited liability company | ) | |
| | ) | |
| Plaintiff , | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-cv-522-MHT |
| | ) | |
| GENERAL ELECTRIC CAPITAL | ) | |
| CORPORATION, a Delaware | ) | |
| corporation | ) | |
| | ) | |
| Defendant and Counter-Plaintiff. | ) | |
| | ) | |

## ORDER

Pending before the Court is *GE Capital's Motion for Stay of Order and Protective Order Entered by Magistrate Judge Moorer Pending the Court's Ruling on GE Capital's Objections to Said Order* (Doc. 34, filed November 21, 2007).  For good cause, the Court **ORDERS** the Motion for Stay (Doc. 34) is **GRANTED** pending the District Court's review of *GE Capital's Objections to Order and Protective Order Entered by Magistrate Judge Moorer on November 15, 2007* (Doc. 33).

DONE this 27th day of November, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE