IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS OF ALABAMA LLC, )<br>an Alabama Limited )<br>Liability Co., )<br>    )<br>   Plaintiff, )<br>    )<br>   v.  )<br>    )<br>GENERAL ELECTRIC CAPITAL )<br>Corporation, a Delaware )<br>Corporation, )<br>    )<br>   Defendant. ) | CIVIL ACTION NO.<br>2:07cv522-MHT |

### ORDER

It is ORDERED that the objections to protective order (Doc. No. 33) is set for submission, without oral argument, on December 14, 2007, with all briefs due by said date.

DONE, this the 27th day of November, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE