IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC,  )<br>an Alabama Limited Liability company  )<br>  )<br>Plaintiff and Counterclaim-defendant,  )<br>  )<br>v.  )<br>  )<br>GENERAL ELECTRIC CAPITAL  )<br>CORPORATION,  )<br>a Delaware corporation,  )<br>  )<br>Defendant and Counterclaim-plaintiff**.**  ) | Case No. 07-cv-522-MHT<br><br><br><br>Honorable Myron H. Thompson<br>Honorable Terry F. Moorer |

## NOTICE OF FILING

**To:**

| | |
|---|---|
| Alexander Terras | Rusha Christina Smith |
| Timothy Scott Harris | Bradley Arant Rose & White LLP |
| Reed Smith Sachnoff & Weaver | One Federal Place |
| 10 South Wacker Drive | 1819 Fifth Avenue North |
| Chicago, IL 60606 | Birmingham, AL 35203-2104 |
| Counsel for General Electric Capital Corporation | Counsel for General Electric Capital Corporation |

**PLEASE TAKE NOTICE** that on Wednesday, December 5, 2007, the undersigned filed **Certificate in Compliance with Rule 37(a)**, copies of which were served upon you via the CM/ECF system.

[This Space Intentionally Left Blank]

Dated: December 6, 2007

                                          /s/ Zhiyuan Xu
                                          Zhiyuan Xu

OF COUNSEL
Thomas G. Mancuso
Mancuso & Franco, P.C.
7515 Halcyon Summit Drive, Suite 301
Montgomery, Alabama 36117
(334)481-1800

OF COUNSEL
Eugene J. Geekie, Jr.
Zhiyuan "Mike" Xu
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (Fax)
egeekie@schiffhardin.com
mxu@schiffhardin.com

Counsel for Koch Foods of Alabama, LLC

## CERTIFICATE OF SERVICE

        The undersigned, an attorney, certifies that copies of the following **Certificate in Compliance with Rule 37(a)** were caused to be served upon counsel of record addressed as follows via the CM/ECF system on this 6th day of December, 2007.

| | |
|---|---|
| Alexander Terras | Rusha Christina Smith |
| Timothy Scott Harris | Bradley Arant Rose & White LLP |
| Reed Smith Sachnoff & Weaver | One Federal Place |
| 10 South Wacker Drive | 1819 Fifth Avenue North |
| Chicago, IL 60606 | Birmingham, AL 35203-2104 |
| Counsel for General Electric Capital Corporation | Counsel for General Electric Capital Corporation |

                                          /s/ Zhiyuan Xu
                                          Zhiyuan Xu

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company | ) ) ) | Case No. 07-cv-522-MHT |
| Plaintiff and Counterclaim-defendant, | ) ) ) | Honorable Myron H. Thompson |
| v. | ) ) | Honorable Terry F. Moorer |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | ) ) ) ) ) | |
| Defendant and Counterclaim-plaintiff. | ) | |

CERTIFICATE OF COMPLIANCE WITH RULE 37(a)

The undersigned, an attorney, certifies that, as counsel for Koch Foods of Alabama, LLC ("Koch"), he has in good faith conferred with counsel for General Electric Capital Corporation ("GE Capital") on November 29, 2007 and written to counsel for GE Capital on December 3, 2007 in a good-faith attempt to resolve, without intervention by the Court, the issues presented in Koch's *Motion to Compel the Deposition of Jim Hanley and Carrie Brock and the Production of Documents Relating to Tax Deductions of the Equipment* (Docket No. 37 ), but has been unable to resolve the issues.



/s/ Eugene J. Geekie, Jr.
Eugene J. Geekie, Jr.

CH2\2205931.2