IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS OF ALABAMA LLC, an Alabama limited liability company | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 2:07-cv-522-MHT<br>) |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation | )<br>)<br>)<br>) |
| Defendant and Counter-Plaintiff. | )<br>) |

## **ORDER**

Upon of review and consideration of *Koch Foods' Motion to Compel the Depositions of Jim Hanley and Carrie Brock, and to Compel the Production of Documents Relating to Depreciation and Tax Deductions* (Doc. 37, filed December 5, 2007), it is

**ORDERED** that Defendant show cause why this motion should not be granted on or before **3:00 p.m. on December 12, 2007**.

DONE this 5th day of December, 2007.

                                            /s/ Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE