**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 6, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Koch Foods of Alabama, LLC v. General Electric Capital Corporation

Case Number:    2:07cv00522-MHT

**This Notice of Correction was filed in the referenced case this date to attach the correctedDF document previously attached to include a Notice of Filing.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 38 filed on    December 05 2007.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, ) <br> an Alabama Limited Liability company ) <br> ) <br> Plaintiff and Counterclaim-defendant, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC CAPITAL ) <br> CORPORATION, ) <br> a Delaware corporation, ) <br> ) <br> Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT <br><br> Honorable Myron H. Thompson <br> Honorable Terry F. Moorer |

## NOTICE OF FILING

**To:**

| | |
|---|---|
| Alexander Terras | Rusha Christina Smith |
| Timothy Scott Harris | Bradley Arant Rose & White LLP |
| Reed Smith Sachnoff & Weaver | One Federal Place |
| 10 South Wacker Drive | 1819 Fifth Avenue North |
| Chicago, IL 60606 | Birmingham, AL 35203-2104 |
| Counsel for General Electric Capital Corporation | Counsel for General Electric Capital Corporation |

**PLEASE TAKE NOTICE** that on Wednesday, December 5, 2007, the undersigned filed **Certificate in Compliance with Rule 37(a)**, copies of which were served upon you via the CM/ECF system.

[This Space Intentionally Left Blank]

Dated: December 6, 2007

                                                           /s/ Zhiyuan Xu  
                                                           Zhiyuan Xu

OF COUNSEL  
Thomas G. Mancuso  
Mancuso & Franco, P.C.  
7515 Halcyon Summit Drive, Suite 301  
Montgomery, Alabama 36117  
(334)481-1800

OF COUNSEL  
Eugene J. Geekie, Jr.  
Zhiyuan "Mike" Xu  
Schiff Hardin LLP  
6600 Sears Tower  
Chicago, Illinois 60606  
(312) 258-5500  
(312) 258-5600 (Fax)  
egeekie@schiffhardin.com  
mxu@schiffhardin.com

Counsel for Koch Foods of Alabama, LLC

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that copies of the following **Certificate in Compliance with Rule 37(a)** were caused to be served upon counsel of record addressed as follows via the CM/ECF system on this 6th day of December, 2007.

| | |
|---|---|
| Alexander Terras | Rusha Christina Smith |
| Timothy Scott Harris | Bradley Arant Rose & White LLP |
| Reed Smith Sachnoff & Weaver | One Federal Place |
| 10 South Wacker Drive | 1819 Fifth Avenue North |
| Chicago, IL 60606 | Birmingham, AL 35203-2104 |
| Counsel for General Electric Capital Corporation | Counsel for General Electric Capital Corporation |

                                                           /s/ Zhiyuan Xu  
                                                           Zhiyuan Xu

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, ) <br> an Alabama limited liability company ) <br> ) <br>     Plaintiff and Counterclaim-defendant, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC CAPITAL ) <br> CORPORATION, ) <br> a Delaware corporation, ) <br> ) <br>     Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT <br><br> Honorable Myron H. Thompson <br> Honorable Terry F. Moorer |

CERTIFICATE OF COMPLIANCE WITH RULE 37(a)

The undersigned, an attorney, certifies that, as counsel for Koch Foods of Alabama, LLC ("Koch"), he has in good faith conferred with counsel for General Electric Capital Corporation ("GE Capital") on November 29, 2007 and written to counsel for GE Capital on December 3, 2007 in a good-faith attempt to resolve, without intervention by the Court, the issues presented in Koch's *Motion to Compel the Deposition of Jim Hanley and Carrie Brock and the Production of Documents Relating to Tax Deductions of the Equipment* (Docket No. 37 ), but has been unable to resolve the issues.

                                                    /s/ Eugene J. Geekie, Jr.
                                                       Eugene J. Geekie, Jr.

CH2\2205931.2