IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO: 2:07-cv-522 |
| | ) |
| GENERAL ELECTRIC CAPITAL CORPORATION | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW one of the undersigned counsel for Koch Foods of Alabama, LLC and notifies this Honorable Court that the address, telephone number and email address of Thomas G. Mancuso has been changed to the following:

Thomas G. Mancuso
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
Post Office Box 4660
Montgomery, Alabama 36103-4660
Telephone: 334-265-8573
Facsimile: 334-264-7945
Email: tgm@hsy.com

All future orders, pleadings, service and correspondence should be sent to the above address or email address.

        Respectfully submitted,

        <u>/s/ Thomas G. Mancuso</u>

        Thomas G. Mancuso
        Attorney for Plaintiff Koch Foods
        of Alabama LLC

OF COUNSEL:
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
(Post Office Box 4660
Montgomery, Alabama 36103-4660)
Telephone: (334)265-8573
Facsimile: (334)264-7945

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on December 10, 2007, copies of *Notice of Change of Address* were caused to be served via email and United States mail, to the following:

Rusha C. Smith, Esq.
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Email:  rsmith@bradleyarant.com
            cmstewart@bradleyarant.com

Alexander Terras, Esq.
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, Illinois  60606

Timothy Scott Harris, Esq.
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, Illinois  60606
Email:  tharris@reedsmith.com


                                /s/    Thomas G. Mancuso
                                        Thomas G. Mancuso

3