IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS OF ALABAMA LLC, ) <br> an Alabama limited liability company ) <br> ) <br> Plaintiff , ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC CAPITAL ) <br> CORPORATION, a Delaware ) <br> corporation ) <br> ) <br> Defendant and Counter-Plaintiff. ) <br> ) | CIVIL ACTION NO. 2:07-cv-522-MHT |

## **ORDER**

Upon of review and consideration of *Koch Foods' Motion to Compel the Depositions of Jim Hanley and Carrie Brock, and to Compel the Production of Documents Relating to Depreciation and Tax Deductions* (Doc. 37, filed December 5, 2007) and the *Motion to Reconsider Regarding this Court's Protective Order, and to Reopen Discovery to take the Deposition of Michael Leonard* (Doc. 49, filed December 11, 2007), it is

**ORDERED** that **all** counsel involved in this case[1] shall convene for a hearing on **December 17, 2007 at 2:00 p.m.** The hearing shall be held in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery,

---

[1] This includes Ann Pille.  While she may not be listed on the docket sheet as counsel of record, she is clearly involved given the allegations made in the Motion to Reconsider (Doc. 49).

Alabama.

It is further **ORDERED** that Defendant shall file its response to the Motion to Reconsider on or before **3:00 p.m. on December 14, 2007**.

DONE this 12th day of December, 2007.

                           /s/Terry F. Moorer
                           TERRY F. MOORER
                           UNITED STATES MAGISTRATE JUDGE