IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA LLC, an Alabama limited liability company | ) ) ) | |
| Plaintiff , | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07-cv-522-MHT |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation | ) ) ) ) | |
| Defendant and Counter-Plaintiff. | ) ) | |

## **ORDER**

Pending before the Court is Plaintiff's *Motion to Reconsider Regarding this Court's Protective Order, and to Reopen Discovery to Take the Deposition of Michael Leonard* (Doc. 49, filed December 11, 2007) and Defendant's *Response of General Electric Capital Corporation to Motion to Reconsider this Court's Protective Order, and to Reopen Discovery to Take the Deposition of Michael Leonard* (Doc. 53, filed December 14, 2007). A hearing was held on December 17, 2007 on the motion. For good cause, it is

**ORDERED** that the motion (Doc. 49) is **GRANTED**. The deposition of Michael Leonard shall proceed <u>by telephone</u> on or before December 31, 2007.

The Order and Protective Order (Doc. 43) issued by the Court with regard to the deposition of Michael Leonard is hereby **VACATED**.

DONE this 18th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE