IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA LLC,<br>an Alabama Limited<br>Liability Co.,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL ELECTRIC CAPITAL<br>Corporation, a Delaware<br>Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:07cv522-MHT |

ORDER

It is ORDERED as follows:

(1) The objection to motion (Doc. No. 56) is

overruled.

(2) The motion for leave to reply (Doc. No. 54) is

granted.

DONE, this the 19th day of December, 2007.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE