IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KOCH FOODS OF ALABAMA LLC,  )
an Alabama Limited          )
Liability Co.,              )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )       2:07cv522-MHT
                            )
GENERAL ELECTRIC CAPITAL    )
Corporation, a Delaware     )
Corporation,                )
                            )
    Defendant.              )
```

ORDER

It is ORDERED that the motion for leave to seal (Doc. No. 61) is granted.

DONE, this the 20th day of December, 2007.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE