IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company <br><br> Plaintiff and Counterclaim-defendant, <br><br> v. <br><br> GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, <br><br> Defendant and Counterclaim-plaintiff. | Case No. 07-cv-522-MHT <br><br> Honorable Myron H. Thompson <br> Honorable Terry F. Moorer |

**KOCH FOODS' NOTICE OF STATUS**

Plaintiff and Counterclaim Defendant, Koch Foods of Alabama, LLC ("Koch"), through its undersigned counsel, files this Notice of Status informing the Court of the status of the parties' compliance with certain pretrial orders. Koch respectfully states as follows:

1. After the Court conducted a hearing on December 17, 2007, the Court entered two pretrial orders (Docs. 57 and 58). These two orders direct that (i) the deposition of Jim Hanley shall be held in Danbury, Connecticut, and shall be limited to two hours; (ii) the depositions of William Wilson and Joe DiSalvo, previously scheduled for 12/17/2007, shall be rescheduled and, further, shall take place in Danbury by 12/31/07; and (iii) the deposition of Michael Leonard shall proceed by telephone on or before 12/31/2007.

2. The depositions of Jim Hanley and Joe DiSalvo were taken on December 20 in Danbury, Connecticut. The parties have agreed that William Wilson's deposition will be held at Schiff Hardin LLP's Chicago office on December 27, 2007.

3. Mr. Leonard's deposition was going to be scheduled for the morning of Wednesday, December 19, but he later called on December 18 – shortly after the parties had

scheduled the Hanley and DiSalvo depositions to begin at 9:00 a.m. on December 20 in Connecticut -- to inform Mr. Geekie that he was not available in the morning of December 19 for his deposition because he had a meeting with a customer. Although he stated that he might be available the afternoon of December 19, he did not have a firm time. Mr. Leonard further informed Mr. Geekie that he was having surgery on Thursday, December 20 and would therefore not be available for deposition until January 2, 2008.

      4.      Mr. Geekie informed Mr. Leonard that he would be leaving for Connecticut around 12:00 noon on December 19, so he would not be available to depose Mr. Leonard if he became available later that day, so the parties would need to depose Mr. Leonard on or after January 2, 2008. Mr. Leonard agreed to that.

      5.      Mr. Geekie then promptly notified counsel for GECC of Mr. Leonard's situation, that Mr. Leonard's deposition would not occur on December 19, and that Mr. Leonard's deposition would need to occur on or after January 2 (see attached email). Although counsel for GECC stated in subsequent emails that they were willing to proceed with Mr. Leonard's deposition in the afternoon of December 19, they never objected to the continuance of Mr. Leonard's deposition on or after January 2.

      6.      Based on the Court's comments during the December 17 hearing, Koch understands that Mr. Leonard's deposition can be held after 12/31/07 by the parties' agreement.

      7.      Counsel for Koch is unaware of any remaining discovery other than the depositions of Mr. Wilson and Mr. Leonard.

Dated: December 21, 2007                              Respectfully submitted,


                                                                        /s/ Zhiyuan Xu
                                                                         Zhiyuan Xu

OF COUNSEL
Thomas G. Mancuso
Mancuso & Franco, P.C.
7515 Halcyon Summit Drive, Suite 301
Montgomery, Alabama 36117
(334)481-1800

OF COUNSEL
Eugene J. Geekie, Jr.
Zhiyuan "Mike" Xu
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (Fax)
egeekie@schiffhardin.com
mxu@schiffhardin.com

Counsel for Koch Foods of Alabama, LLC

## CERTIFCATE OF SERVICE

The undersigned, an attorney, certifies that copies of the forgoing were caused to be served upon counsel of record addressed as follows by the ECF system on this 21st day December, 2007.

> Alexander Terras
> Timothy Scott Harris
> Reed Smith Sachnoff & Weaver
> 10 South Wacker Drive
> Chicago, IL 60606
> 312-207-1000
> Fax: 312-207-6400
> tharris@reedsmith.com
> aterras@reedsmith.com
>
> Rusha Christina Smith
> Bradley Arant Rose & White LLP
> One Federal Place
> 1819 Fifth Avenue North
> Birmingham, AL 35203-2104
> 205-521-8010
> Fax: 205-488-6010
> Email: rsmith@bradleyarant.com

          /s/ Zhiyuan Xu
          Zhiyuan Xu

CH2\2243080.1

## Xu, Mike Z.

**From:** Geekie Jr., Eugene J.
**Sent:** Tuesday, December 18, 2007 3:00 PM
**To:** Pille, Ann E.; 'Harris, Timothy S.'
**Cc:** tgm@hsy.com; Xu, Mike Z.
**Subject:** Leonard

Ann and Tim: I just spoke to Mike Leonard. He is not available tomorrow morning for his deposition because he has a meeting with a customer. He isn't sure when or if he'll be available in the afternoon, but the time he thought he might be available is too late in the afternoon, for me to depose him because I have to catch a plane so that I am in CT and available to begin Hanley's dep at 9:00 a.m. Thursday. As I informed you earlier today, Mr. Leonard is having surgery on Thursday and will not be available for deposition until January 2.

Based on Judge Moorer's comments yesterday, I understand that we can mutually agree to take Mr. Leonard's deposition after the first of the year, which I propose to do. Please let me know if you concur.


Eugene J. Geekie, Jr.
Schiff Hardin LLP
7500 Sears Tower
Chicago, IL  60606
312-258-5635 (direct)
312-258-5600 (fax)

12/21/2007