IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, ) <br> an Alabama limited liability company ) <br> ) <br> Plaintiff and Counterclaim-defendant, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC CAPITAL ) <br> CORPORATION, ) <br> a Delaware corporation, ) <br> ) <br> Defendant and Counterclaim-plaintiff**.** ) | Case No. 07-cv-522-MHT <br><br> Honorable Myron H. Thompson <br> Honorable Terry F. Moorer |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Koch Foods of Alabama, LLC ("Koch"), by and through its counsel, hereby files this report regarding the face-to-face settlement discussions required by this Court in Section 3 of its Uniform Scheduling Order of July 17, 2007.

1.  A face-to-face settlement conference was conducted by counsel for Koch and General Electric Capital Corporation ("GECC") on December 20, 2007. The conference did not result in settlement.

2.  Although Koch's counsel believes that mediation might result in a settlement of this case before trial, GECC's counsel does not believe that mediation will be helpful in settling this case at this time.

[Remainder of this Page Intentionally Left Blank]

Dated: December 21, 2007                                  Respectfully submitted,


                                                          /s/ Zhiyuan Xu
                                                          Zhiyuan Xu

OF COUNSEL
Thomas G. Mancuso
Mancuso & Franco, P.C.
7515 Halcyon Summit Drive, Suite 301
Montgomery, Alabama 36117
(334)481-1800

OF COUNSEL
Eugene J. Geekie, Jr.
Zhiyuan "Mike" Xu
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (Fax)
egeekie@schiffhardin.com
mxu@schiffhardin.com

Counsel for Koch Foods of Alabama, LLC

## CERTIFCATE OF SERVICE

The undersigned, an attorney, certifies that copies of the forgoing were caused to be served upon counsel of record addressed as follows by the ECF system on this 21st day December, 2007.

>Alexander Terras
>Timothy Scott Harris
>Reed Smith Sachnoff & Weaver
>10 South Wacker Drive
>Chicago, IL 60606
>312-207-1000
>Fax: 312-207-6400
>tharris@reedsmith.com
>aterras@reedsmith.com
>
>Rusha Christina Smith
>Bradley Arant Rose & White LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203-2104
>205-521-8010
>Fax: 205-488-6010
>Email: rsmith@bradleyarant.com

          /s/ Zhiyuan Xu
          Zhiyuan Xu

CH1\5384010.1