IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama Limited Liability company ) ) ) Plaintiff and Counterclaim-defendant, ) ) v. ) ) GENERAL ELECTRIC CAPITAL ) CORPORATION, ) a Delaware corporation, ) ) Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT<br><br>Honorable Myron H. Thompson<br>Honorable Terry F. Moorer |

**KOCH FOODS' RESPONSE TO GECC'S MOTION FOR LEAVE TO
FILE REPLY IN FURTHER SUPPORT OF ITS SUMMARY JUDGMENT MOTION**

Plaintiff and Counterclaim-Defendant, Koch Foods of Alabama, LLC ("Koch"), through its undersigned counsel, files this response to General Electric Capital Corporation's ("GECC") Motion for Leave to File Reply in Further Support of its Motion for Summary Judgment Motion. In support of its response, Koch states as follows:

1.  On December 7, 2007, both parties filed their respective summary judgment motions. On January 4, 2008, both parties filed their responses to each other's summary judgment motions.

2.  On January 7, 2008, GECC filed its Motion for Leave to File Reply in Further Support its Motion for Summary Judgment As to All Claims and Counterclaims and Brief and Evidentiary Submission in Support Thereof (Doc. 69).

3.  The parties have briefed the Court extensively in their motions and responses. No further briefing is necessary.

4.  If this Court grants GECC's Motion for Leave to File Reply, however, this Court should also grant permission for Koch to file a reply with respect to its summary judgment motion.

WHEREFORE, Koch respectfully requests that, in the event that this Court allow GECC to file a reply with respect to GECC's summary judgment motion, this Court grant the same extension for Koch to file a reply with respect to Koch's summary judgment motion.

Dated: January 7, 2008                KOCH FOODS OF ALABAMA, LLC

By: **/s/ Zhiyuan Xu**
    One of Its Attorneys

Eugene J. Geekie, Jr. (ARDC # 6195060)
Zhiyuan "Mike" Xu (ARDC # 6292094)
**SCHIFF HARDIN LLP**
6600 Sears Tower
Chicago, Illinois  60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (fax)

-and-

Thomas G. Mancuso
Mancuso & Franco, P.C.
7515 Halcyon Summit Drive, Suite 301
Montgomery, Alabama 36117
(334)481-1800

**Counsel for Koch Foods of Alabama, LLC**

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, certifies that on January 7, 2008, copies of *Koch Foods' Response To GECC's Motion For Leave to File Reply in Further Support Of its Summary Judgment Motion* were caused to be served via the CM/ECF to the following:

Alexander Terras
Timothy Scott Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL 60606
312-207-1000
Fax: 312-207-6400
Email: tharris@reedsmith.com

Rusha Christina Smith
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
205-521-8010
Fax: 205-488-6010
Email: rsmith@bradleyarant.com

              /s/ Zhiyuan Xu
              Zhiyuan Xu

CH2\2264752.1