**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, ) <br> an Alabama Limited Liability company ) <br> ) <br> Plaintiff and Counterclaim-defendant, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC CAPITAL ) <br> CORPORATION, ) <br> a Delaware corporation, ) <br> ) <br> Defendant and Counterclaim-plaintiff**.** ) | Case No. 07-cv-522-MHT <br><br> Honorable Myron H. Thompson <br> Honorable Terry F. Moorer |

**AMENDMENT TO KOCH FOODS' BRIEF AND EVIDENTIARY MATERIALS**
**IN OPPOSITION TO GECC'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff and Counterclaim-Defendant, Koch Foods of Alabama, LLC ("Koch"), through its undersigned counsel, files this Amendment to Koch Foods' Brief And Evidentiary Materials in Opposition To GECC's Motion For Summary Judgment Motion, and states as follows:

1. On January 7, 2008, Koch filed its Brief And Evidentiary Materials in Opposition to GECC's Motion For Summary Judgment Motion (Doc. 67) (the "Brief").

2. On page 10 of the Brief, the column name of the second column of the table in Paragraph 27 should read "Fair Market Value – In Place" instead of "Fair Market Value – In

Place as of Day 1 Year 1."[1] The last number in the third column of the table in Paragraph 27 should be $300,000 instead of $300.000. Similarly, the last number in the third column in Paragraph 26 should be $458,580 instead of $458.580. The entire corrected Paragraphs 26 and 27 should read as follows:

> 26.    Mr. Breakstone appraised the Equipment in September 2007 again after this litigation was commenced. (Ex. 20, Breakstone September 2007 Report, at p. 1). In addition to Fair Market – Remove and Orderly Liquidation Value, Mr. Breakstone's report gave another valuation: Fair Market Value – In Place as of Day One Year One, which means the Fair Market Value In Place as of "the actual installation and operational date in Spring 2006." (Ex. 20, at p. 2). These valuations are shown in the following table (Ex. 20, at pp. 12-25).

| Equipment | Fair Market Value – In Place as of Day 1 Year 1 | Fair Market Value- Remove | Orderly Liquidation Value |
|---|---|---|---|
| Freezer | $473,000 | $240,000 | $150,000 |
| Deboner | $925,068 | $218,580 | $110,400 |
| Total | $1,398,068 | $458,580 | $260,400 |

> 27.    Mr. David Dalfonso, the expert retained by Koch, appraised the Equipment in October 2007 (Ex. 21, Dalfonso Report, at p. 1). His valuations are listed in the following table. (Ex. 21, at pp. 13-21).

| Equipment | Fair Market Value – In Place | Fair Market Value- Remove | Orderly Liquidation Value |
|---|---|---|---|
| Freezer | $225,000 | $100,000 | $75,000 |
| Deboner | $225,068 | $200,000 | $100,000 |
| Total | $450,000 | $300,000 | $175,000 |

---

[1] When composing Paragraph 27, the author copied the table in Paragraph 26 and then pasted it in Paragraph 27. After having changed the numbers of the pasted table in Paragraph 27, the author forgot to change the column name of the second column.

-3-

**Dated:  January 8, 2008**                     **KOCH FOODS OF ALABAMA, LLC**

**By: /s/ Zhiyuan Xu_____**
   **One of Its Attorneys**

Eugene J. Geekie, Jr. (ARDC # 6195060)
Zhiyuan "Mike" Xu (ARDC # 6292094)
**SCHIFF HARDIN LLP**
6600 Sears Tower
Chicago, Illinois  60606-6473
(312) 258-5500 (phone)
(312) 258-5700 (fax)

-and-

Thomas G. Mancuso
Mancuso & Franco, P.C.
7515 Halcyon Summit Drive, Suite 301
Montgomery, Alabama 36117
(334)481-1800

**Counsel for Koch Foods of Alabama, LLC**

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, certifies that on January 8, 2008, copies of *Amendment to Koch Foods' Brief and Evidentiary Materials in Opposition to GECC's Motion for Summary Judgment* were caused to be served via e-mail to the following:

Alexander Terras
Timothy Scott Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL 60606
312-207-1000
Fax: 312-207-6400
Email: tharris@reedsmith.com

Rusha Christina Smith
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
205-521-8010
Fax: 205-488-6010
Email: rsmith@bradleyarant.com

                                             /s/ Zhiyuan Xu
                                             Zhiyuan Xu

CH2\2265653.1