IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


KOCH FOODS OF ALABAMA LLC,    )
an Alabama Limited            )
Liability Co.,                )
                              )
        Plaintiff,            )
                              )        CIVIL ACTION NO.
        v.                    )         2:07cv522-MHT
                              )
GENERAL ELECTRIC CAPITAL      )
Corporation, a Delaware       )
Corporation,                  )
                              )
        Defendant.            )

ORDER

It is ORDERED that the motion for leave to file reply

(Doc. No. 69) is granted.

DONE, this the 9th day of January, 2008.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE