IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

KOCH FOODS OF ALABAMA LLC,  )
an Alabama Limited        )
Liability Co.,            )
                     )
    Plaintiff,      )
                     )     CIVIL ACTION NO.
    v.             )      2:07cv522-MHT
                     )
GENERAL ELECTRIC CAPITAL  )
Corporation, a Delaware   )
Corporation,          )
                     )
    Defendant.      )

ORDER

It is ORDERED that the request to file a reply,

contained in the response filed on January 7, 2008 (Doc.

No. 70), is granted and plaintiff is allowed seven day,

after receipt of defendant's reply, to file a further

reply.

DONE, this the 9th day of January, 2008.

                  /s/ Myron H. Thompson
             UNITED STATES DISTRICT JUDGE