IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS OF ALABAMA LLC, an Alabama limited liability company ) ) ) | |
| Plaintiff , ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:07-cv-522-MHT |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation ) ) ) ) ) | |
| Defendant and Counter-Plaintiff. ) ) | |

## **ORDER**

On November 27, 2007, the Court issued an order granting *GE Capital's Motion for Stay of Order and Protective Order Entered by Magistrate Judge Moorer Pending the Court's Ruling on GE Capital's Objections to Said Order* (Doc. 34). On January 17, 2008, the District Court overruled GE Capital's Objections to the Order. *See* Doc. 75. As such, this Order now lifts the stay.

As directed in the original protective order, Defendant is instructed to return the original document to Plaintiff's counsel and destroy any other copies in its possession. *See* Doc. 32. Defendant shall comply **on or before January 25, 2008**. Moreover, Defendant is prohibited from using the document in any way.

DONE this 18th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE