IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama Limited Liability Company, **Plaintiff** v. GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, **Defendant and Counter-Plaintiff.** | Case No.: 2:07-cv-522-MHT |

### NOTICE OF APPEARANCE

COMES NOW Constance C. Walker of the law firm of Haskell Slaughter Young & Gallion, LLC, and files this notice of appearance as co-counsel for the Plaintiff Koch Foods of Alabama, LLC. The undersigned will be representing Plaintiff Koch Foods of Alabama, LLC, along with co-counsel Eugene J. Geekie, Jr., Zhiyuan "Mike" Xu, and Thomas G. Mancuso, counsel of record for the Plaintiff in this matter.

Dated: January 21, 2008          KOCH FOODS OF ALABAMA, LLC

                                 **BY:  /s/*Constance C. Walker***
                                 **One of Its Attorneys**

Eugene J. Geekie, Jr. (ARDC # 6195060)
Zhiyuan "Mike" Xu (ARDC # 6292094)
**SCHIFF HARDIN, LLP**
6600 Sears Tower
Chicago, Illinois 60606-6473
Telephone: (312) 258-5500
Facsimile: (312) 258-5700

-and-

Thomas G. Mancuso (ASB-6179-O53T)
Constance C. Walker (ASB-5510-L66C)
**HASKELL SLAUGHTER YOUNG & GALLION, LLC**
305 South Lawrence Street
Montgomery, Alabama 36104
Telephone: 334-265-8573
Facsimile: 334-264-7945
Email: tgm@hsy.com
　　　　ccw@hsy.com

**Counsel for Koch Foods of Alabama, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Alexander Terras
Timothy Scott Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, Illinios 60606

Rusha Christina Smith
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue, North
Birmingham, Alabama 35203

/s/ *Constance C. Walker*
Of Counsel

30503
41556-001

3