IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA LLC, an Alabama limited liability company | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07-cv-522-MHT |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation | ) ) ) ) | |
| Defendant and Counter-Plaintiff. | ) ) | |

## **ORDER**

The Mediation previously scheduled for February 28, 2008 is **RESET** to **Friday, March 7, 2008 at 9:00 a.m.** Additionally, the confidential mediation statements shall now be due on or before **noon on Friday February 29, 2008**. The parties are directed to the previous order for information on the mediation statements and method of delivery. *See* Doc. 81, Order on Mediation.

DONE this 22nd day of February, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE