UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA, LLC,<br>an Alabama limited liability company, | )<br>)<br>) | |
| Plaintiff and Counter-<br>Defendant, | )<br>)<br>) | |
| vs. | )<br>) | CIVIL ACTION NO.<br>2:07 CV 522-MHT |
| GENERAL ELECTRIC CAPITAL<br>CORPORATION, a Delaware corporation, | )<br>)<br>)<br>) | |
| Defendant, and Counter-<br>Plaintiff, | )<br>)<br>)<br>) | |

GENERAL ELECTRIC CAPITAL CORPORATIONS'S LIST OF
WITNESSES, DEPOSITION DESIGNATIONS, AND EXHIBITS FOR TRIAL

Defendant and Counterplaintiff, General Electric Capital Corporation ("GE Capital"), by and through its undersigned counsel, and pursuant to the Uniform Scheduling Order entered in the above-captioned proceeding on July 17, 2007 (the "Scheduling Order"), hereby submits its list of witnesses, deposition designations, and exhibits to be presented at the trial scheduled for the trial term beginning on April 14, 2008. In conjunction therewith, GE Capital states as follows:

### I.  LIST OF WITNESSES

A.  Witnesses GE Capital Expects To Present

| Witness Name | Address | Phone Number |
|---|---|---|
| 1. William Wilson | General Electric Capital Corporation<br>44 Old Ridgebury Road<br>Danbury, CT 06810 | (203) 731-3803 |
| 2. John Sutehall | General Electric Capital Corporation<br>1001 Windward Concourse, Suite 403<br>Alpharetta, GA 30005 | (770) 999-4936 |
| 3. William Perry | General Electric Capital Corporation<br>31 Inverness Center Parkway<br>Birmingham, AL | (205) 991-4229 |

| | | |
|---|---|---|
| 4. Robert Breakstone | Equipment Exchange Company of America, Inc.<br>10042 Keystone Drive<br>Lake City, PA 16423 | (814) 774-0888 |
| 5. Mark Kaminsky | 1300 West Higgins Road<br>Park Ridge, IL 60068<br><br>c/o Eugene Geekie, Jr. Esq.<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606 | via Eugene Geekie<br>at (312) 258-5500 |
| 6. Lyman Campbell | 4530 Mobile Highway<br>Montgomery, AL<br><br>c/o Eugene Geekie, Jr. Esq.<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606 | via Eugene Geekie<br>at (312) 258-5500 |

B.  <u>Witnesses GE Capital May Present If The Need Arises</u>

| <u>Witness Name</u> | <u>Address</u> | <u>Phone Number</u> |
|---|---|---|
| 1. David Bromley | 4530 Mobile Highway<br>Montgomery, AL<br><br>c/o Eugene Geekie, Jr. Esq.<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606 | via Eugene Geekie<br>at (312) 258-5500 |
| 2. Michael Leonard | 615 Wedgewood Drive<br>Woodstock, GA 30189 | (404) 386-6011 |
| 3. Joseph DiSalvo | General Electric Capital Corporation<br>44 Old Ridgebury Road<br>Danbury, CT 06810 | (203) 796-1000 |

II.  **DESIGNATION OF DEPOSITION TESTIMONY**

In compliance with Section 10 of the Scheduling Order and Rule 26(a)(3) of the Federal Rules of Civil Procedure, GE Capital hereby identifies the following deposition designations to be used at trial:

| Deponent Name | Designated Deposition Portion | | |
|---|---|---|---|
| 1. Mark Kaminsky | pp. 20:11-21:14;<br>p. 29:1-9;<br>p. 37:11-18;<br>p. 42:10-12;<br>p. 44:12-16;<br>p. 48:2-8;<br>p. 55:7-14;<br>p. 56:11-14; | pp. 67:13-68:15;<br>p. 69:9-12, 14-21;<br>p. 70:19-71:14;<br>pp. 79:24-80:5;<br>p. 80:16-22;<br>p. 85:8-11;<br>pp. 88:23-90:2;<br>p. 91:8-9; | p. 96:1-2;<br>p. 112:17-20;<br>p. 125:8-11;<br>pp. 135:24-136:2;<br>p. 136:9-19;<br>p. 144:5-19;<br>pp. 145:13-146:5;<br>pp. 146:17-147:5. |
| 2. David Bromley | p. 34:1-3;<br>pp. 40:21-41:5;<br>p. 43:3-16; | p. 44:12-16;<br>p. 50:9-13;<br>p. 46: 1-20; | p. 48:3-9;<br>pp. 51:11-52:14. |
| 3. Michael Leonard | pp. 6:19-9:21; | pp. 27:21-25. | |
| 4. Wayne Jones | pp. 30:10- 32:17; | p. 34:3-18; | p. 38:13-15. |

### III.  DESIGNATION OF EXHIBITS

In compliance with Section 11 of the Scheduling Order, and Rule 26(a)(3) of the Federal Rules of Civil Procedure, GE Capital identifies the exhibits listed below for use at trial. These exhibits are in addition to those exhibits that the parties have previously stipulated to, as reflected in the Order on Pretrial Hearing entered on February 22, 2008, which GE Capital incorporates herein by reference.

1. Email exchange between Eugene Geekie and Ann Pille, dated June 1, 2006 (Bates Nos. GE 588- GE590).

2. Expert Report of Robert Breakstone for General Electric Capital Corporation in the matter of Koch Foods of Alabama, LLC v. General Electric Capital Corporation, Case No. 07 C 522, dated October 1, 2007.

3. Koch's Responses to GE Capital's First Set of Interrogatories, Document Requests, and Requests to Admit, dated August 9, 2007.

In compliance with the Scheduling Order, copies of these documents have been furnished for opposing counsel's review and inspection.

Dated:  March 5, 2008.

              By:    /s/ Rusha C. Smith
                     Attorney for General Electric Capital
                     Corporation

OF COUNSEL:
Rusha C. Smith
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

OF COUNSEL:
Alexander Terras
Timothy S. Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL  60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

## CERTIFICATE OF SERVICE

     I hereby certify that on March 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas G. Mancuso, Esq.
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, AL  36103-4660

Eugene J. Geekie, Jr., Esq.
Mike Xu, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago IL  60606

                                             /s/ Rusha C. Smith
                                             COUNSEL