### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company, )<br>)<br>Plaintiff and Counterclaim-defendant, )<br>)<br>v. )<br>)<br>GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, )<br>)<br>Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT<br><br>Honorable Myron H. Thompson<br><br>Honorable Terry F. Moorer |

### KOCH FOODS' WITNESS LIST

Plaintiff and Counterclaim-Defendant, Koch Foods of Alabama, LLC ("Koch"), through its undersigned counsel, and pursuant to this Court's Uniform Scheduling Order dated July 17, 2007, submits the following list of witnesses that will be called at trial:

1. Mark Kaminsky
   Koch Foods Incorporated
   1300 Higgins Road, Suite #100
   Park Ridge, IL 60068
   (847) 384-5940

2. Lyman Campbell
   Koch Foods of Alabama, LLC
   3500 Western Blvd
   Montgomery, AL 36105
   (847) 384-5940

3. Dave Bromley
   639 County Road 40 West
   Prattville, AL, 36067
   (334) 399-1277

4. Wayne Jones
   Koch Foods of Mississippi
   4688 Hwy 80 East
   Morton, Mississippi 39117

       601-732-8911

5. Michael Leonard
   615 Wedgewood Drive
   Woodstock, GA 30189
   (404)-386-6011

6. David Dalfonso
   Rosen Systems, Inc.
   285 Parkway 575, Suite 215
   Woodstock, GA 30188
   (770) 517-2774

7. William Wilson
   GE Capital
   44 Old Ridgebury Road
   Danbury, Connecticut 06810
   (203) 796-1000

8. James Hanley
   GE Capital
   44 Old Ridgebury Road
   Danbury, Connecticut 06810
   (203) 796-1000

9. Joseph DiSalvo
   GE Capital
   44 Old Ridgebury Road
   Danbury, Connecticut 06810
   (203) 796-1000

10. Joseph Sutehall
    GE Capital
    1000 Windward Concourse, Suite 403
    Alpharetta, Georgia 30005
    (678) 339-9941

11. William Perry
    GE Capital
    31 Inverness Center Parkway, Suite 500
    Birmingham, Alabama 35242
    (205) 443-0374

Koch reserves the right to amend this witness list in the interest of justice and for good cause shown to the Court.

Dated: March 5, 2007                                    Respectfully submitted,


                                                        /s/ Zhiyuan Xu
                                                        Zhiyuan Xu


OF COUNSEL
Thomas G. Mancuso
Constance C. Walker
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
Telephone: 334-265-8573
Facsimile: 334-264-7945
Email: tgm@hsy.com

OF COUNSEL
Eugene J. Geekie, Jr.
Jonathan P. Friedland
Zhiyuan "Mike" Xu
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (Fax)
egeekie@schiffhardin.com

Counsel for Koch Foods of Alabama, LLC

## CERTIFCATE OF SERVICE

The undersigned, an attorney, certifies that copies of the forgoing were caused to be served upon counsel of record addressed as follows by the ECF system on this 5th day March, 2008.

Alexander Terras
Timothy Scott Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL 60606
312-207-1000
Fax: 312-207-6400
tharris@reedsmith.com
aterras@reedsmith.com

Rusha Christina Smith
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
205-521-8010
Fax: 205-488-6010
Email: rsmith@bradleyarant.com

      /s/ Zhiyuan Xu
      Zhiyuan Xu

CH2\2358683.5