**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, ) <br> an Alabama limited liability company, ) <br> ) <br> Plaintiff and Counterclaim-defendant, ) <br> ) <br> v.      ) <br> ) <br> GENERAL ELECTRIC CAPITAL ) <br> CORPORATION, a Delaware corporation, ) <br> ) <br> Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT <br><br> Honorable Myron H. Thompson <br><br> Honorable Terry F. Moorer |

## KOCH FOODS' DEPOSITION DESIGNATIONS

Plaintiff and Counterclaim-Defendant, Koch Foods of Alabama, LLC ("Koch"), through its undersigned counsel, and pursuant to this Court's Uniform Scheduling Order dated July 17, 2007, hereby gives notice of its intent to use the following depositions at trial:

1. Michael Leonard

    Page 4, lines 11-25

    Page 5, lines 4-25

    Page 6, lines 1-25

    Page 7, lines 1-25

    Page 8, lines 1-25

    Page 9, lines 1-25

    Page 10, lines 1-25

    Page 11, lines 1-25

    Page 12, lines 1-12, 17-25

    Page 13, lines 1-25

        Page 14, lines 1-16, 23-25

        Page 15, lines 1-25

        Page 16, lines 1-25

        Page 17, lines 1-25

        Page 18, lines 1-25

        Page 19, liens 1-25

        Page 20, lines 1-25

        Page 21, lines 1-25

        Page 22, lines 1-10, 25

        Page 23, lines 1-25

        Page 24, lines 1-13, 23

    Koch reserves the right to give notice of its intent to use depositions of witnesses that either Koch or General Electric Capital Corporation listed on its Witness List but are not available for trial.

Dated: March 5, 2007                               Respectfully submitted,


                                                   /s/ Zhiyuan Xu
                                                   Zhiyuan Xu


OF COUNSEL
Thomas G. Mancuso
Constance C. Walker
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
Telephone: 334-265-8573
Facsimile: 334-264-7945
Email: tgm@hsy.com

OF COUNSEL
Eugene J. Geekie, Jr.
Jonathan P. Friedland
Zhiyuan "Mike" Xu
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (Fax)
egeekie@schiffhardin.com

Counsel for Koch Foods of Alabama, LLC

## CERTIFCATE OF SERVICE

The undersigned, an attorney, certifies that copies of the forgoing were caused to be served upon counsel of record addressed as follows by the ECF system on this 5th day March, 2008.

>Alexander Terras
>Timothy Scott Harris
>Reed Smith Sachnoff & Weaver
>10 South Wacker Drive
>Chicago, IL 60606
>312-207-1000
>Fax: 312-207-6400
>tharris@reedsmith.com
>aterras@reedsmith.com
>
>Rusha Christina Smith
>Bradley Arant Rose & White LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203-2104
>205-521-8010
>Fax: 205-488-6010
>Email: rsmith@bradleyarant.com

>/s/ Zhiyuan Xu
>Zhiyuan Xu

CH2\2336986.2

4