**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company,  )<br>)<br>Plaintiff and Counterclaim-defendant,  )<br>)<br>v.  )<br>)<br>GENERAL ELECTRIC CAPITAL  )<br>CORPORATION, a Delaware corporation,  )<br>)<br>Defendant and Counterclaim-plaintiff.  ) | Case No. 07-cv-522-MHT<br><br>Honorable Myron H. Thompson<br><br>Honorable Terry F. Moorer |

**KOCH FOODS' EXHIBIT LIST**

Plaintiff and Counterclaim-Defendant, Koch Foods of Alabama, LLC ("Koch"), through its undersigned counsel, pursuant to this Court's Uniform Scheduling Order dated July 17, 2007, submits the following list of Exhibits, in addition to the joint exhibits listed in the Order on Pretrial Hearing dated February 20, 2008 (Doc. No. 82), that Koch will use at trial:

Exhibit 1. Financing Proposal from GE Commercial Equipment Financing to Sylvest Farms Inc., dated December 1, 2005. [GE 0443-0449]

Exhibit 2. Financial Statement from GE regarding Sylvest Farms, dated December 14, 2005. [GE 0428-0430]

Exhibit 3. Diligenz report regarding UCC Financing Statements for Sylvest Farms, Inc., dated December 14, 2005. [GE 0376-0384]

Exhibit 4. Email from Jonathan Reich, of Michael Fox International, Inc., to William Wilson, of GE Commercial Equipment Financing, dated May 5, 2006, regarding Sylvest Farms, Inc. filing Chapter 11. [GE 0288-0289]

Exhibit 5. Email, with attachment, from Robert Breakstone, of Equipment Exchange Company of America, Inc., to William Wilson, of GE Commercial Equipment Financing, dated May 19, 2006. [GE 0279-0283]

Exhibit 6.  Emails between Alexander Terras and Eugene Geekie dated June 1, 2006.  [GE 0186-0191]

Exhibit 7.  Emails between William Wilson and Joe DiSalvo dated October 30, 2006.  [GE 0206]

Exhibit 8.  Email, with attachment, from Robert Breakstone, of Equipment Exchange Company of America, Inc., to William Wilson, of GE Commercial Equipment Financing, dated June 1, 2006.  [GE 0174-0179]

Exhibit 9.  Email, with attached proposal, regarding Spiral Freezing System, from Michael Leonard, of MTL Services, to William Perry, of GE Commercial Equipment Financing, dated July 17, 2006.  [GE 0370-0375]

Exhibit 10.  Financing Proposal (regarding Lease) from GE Commercial Equipment Financing to Peco Foods, Inc., dated August 21, 2006.  [GE 0348-0354]

Exhibit 11.  Email from Tommy Elliott, of Peco Foods to William Perry, of GE Commercial Equipment Financing, dated August 30, 2006, together with related emails and documents.  [GE 0567-0568]

Exhibit 12.  Equipment Purchase Invoice and Bill of Sale for Spiral Freezer, by GE Commercial Equipment Financing, as seller, to Michael Leonard, Inc., as Buyer, dated May 11, 2007.  [Not Bate Stamped.]

Exhibit 13.  Recommendation, dated December 21, 2007, from GE Commercial Equipment Financing Collection Department regarding collection of money for new equipment leased to Sylvest Farms, Inc.  [GE 722-725, plus one page between 724 and 725 that is not Bate stamped.]

Exhibit 14.  Kaminsky Letter to DiSalvo dated January 21, 2008.  [Koch 3768]

Exhibit 15.  GE Capital's Rule 26 Disclosures.  [Not Bate stamped.]

Exhibit 16.  Defendant's responses to Plaintiff's first set of Interrogatories, Requests for Production of Documents, and Requests for Admission.  [Not Bate stamped.]

Exhibit 17.  Appraisal report of David Dalfonso October 2007.  [Not Bate stamped.]

Exhibit 18.  Ann Pille Letter to Geekie Geekie dated October 30, 2007.  [Not Bate stamped.]

| | | |
|---|---|---|
| Exhibit 19. | Defendant's responses to Plaintiff's second set of Interrogatories, Requests for Production of Documents, and Requests for Admission. [Not Bate stamped.] |
| Exhibit 20. | Defendant's responses to Plaintiff's third set of Interrogatories, Requests for Production of Documents, and Requests for Admission. [Not Bate stamped.] |
| Exhibit 21. | Harris Letter to Xu dated December 10, 2007. [Not Bate stamped.] |
| Exhibit 22. | Harris Letter to Xu dated December 13, 2007. [Not Bate stamped.] |

In addition to the above listed exhibits, Koch may use any other exhibits necessary for impeachment or rebuttal. Koch reserves the right to amend this Exhibit List in the interest of justice and for good cause shown to the Court.

Dated: March 5, 2007                    Respectfully submitted,

                                        /s/ Zhiyuan Xu
                                        Zhiyuan Xu

Thomas G. Mancuso
Constance C. Walker
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
Telephone: 334-265-8573
Facsimile: 334-264-7945
Email: tgm@hsy.com

Eugene J. Geekie, Jr.
Jonathan P. Friedland
Zhiyuan "Mike" Xu
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (Fax)
egeekie@schiffhardin.com

Counsel for Koch Foods of Alabama, LLC

## CERTIFCATE OF SERVICE

The undersigned, an attorney, certifies that copies of the forgoing were caused to be served upon counsel of record addressed as follows by the ECF system on this 5th day March, 2008.

>Alexander Terras
>Timothy Scott Harris
>Reed Smith Sachnoff & Weaver
>10 South Wacker Drive
>Chicago, IL 60606
>312-207-1000
>Fax: 312-207-6400
>tharris@reedsmith.com
>aterras@reedsmith.com
>
>Rusha Christina Smith
>Bradley Arant Rose & White LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203-2104
>205-521-8010
>Fax: 205-488-6010
>Email: rsmith@bradleyarant.com

>/s/ Zhiyuan Xu
>Zhiyuan Xu

CH2\2363521.1