UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company,  ) ) ) | |
| Plaintiff and Counter-Defendant, ) ) ) | |
| vs. ) ) | CIVIL ACTION NO. 2:07 CV 522-MHT |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, ) ) ) ) | |
| Defendant, and Counter-Plaintiff, ) ) ) ) | |

GENERAL ELECTRIC CAPITAL CORPORATION'S LIST OF DEPOSITION
DESIGNATIONS RESPONSIVE TO KOCH FOODS' DEPOSITION DESIGNATIONS

Defendant and Counterplaintiff, General Electric Capital Corporation ("GE Capital"), by and through its undersigned counsel, and pursuant to Section 10 of the Uniform Scheduling Order entered in the above-captioned proceeding on July 17, 2007 (the "Scheduling Order"), hereby submits its list of deposition designations responsive to those identified in Koch Foods' Deposition Designations, filed on March 5, 2007 (the "Koch Deposition Designations"). In conjunction therewith, GE Capital identifies the following additional deposition designations to be used at trial:

| Deponent Name | Designated Deposition Portion |
|---|---|
| 1. Michael Leonard | All previous portions of the Michael Leonard deposition transcript not previously identified in the Koch Deposition Designations or in General Electric Capital Corporation's List of Witnesses, Deposition Designations, and Exhibits for Trial, including: |

        pp. 1:1-4:10
        p. 5:1-3
        p. 12:13-16
        p. 14:17-22
        p. 22:11-24
        p. 24:14-22, 24-25
        pp. 25:1-27:20
        p. 28:1-24

Dated: March 12, 2008.

By: /s/ Rusha C. Smith
Attorney for General Electric Capital Corporation

OF COUNSEL:
Rusha C. Smith
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

OF COUNSEL:
Alexander Terras
Timothy S. Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas G. Mancuso, Esq.
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, AL 36103-4660

Eugene J. Geekie, Jr., Esq.
Mike Xu, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago IL 60606

/s/ Rusha C. Smith
COUNSEL