IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company, ) ) ) | Case No. 07-cv-522-MHT |
| Plaintiff and Counterclaim-defendant, ) ) | Honorable Myron H. Thompson |
| v. ) ) | |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, ) ) ) | |
| Defendant and Counterclaim-plaintiff. ) | |

## GECC'S RESPONSIVE COUNTER DEPOSITION DESIGNATIONS

Plaintiff and Counterclaim-Defendant, Koch Foods of Alabama, LLC ("Koch"), through its undersigned counsel, submits the following responsive counter deposition designations to the designations made by GE Capital of the deposition. Koch reserves the right to designate/read any designation previously made by GE Capital.

Mark Kaminsky:

| | | |
|---|---|---|
| P 15:8-24 | P 16:6-17 | P 21:14-24 |
| P 22:1-14 | P 25:16-24 | P 26:1-24 |
| P 27:1-10 | P 39:21-24 | P 40:1-13 |
| P 41:5-21 | P 73:16-18 | P 74:2-24 |
| P 75:1 | P 80:6-15; 22-24 | P 81:1-9 |
| P 86:8-24 | P 87:1; 11-19 | P 90:3-5; 11-13 |
| P 96:4-22 | P 103:10-19 | P 108:11-20 |
| P 42:18-24 | P 43:1-24 | P 44:1-11; 17-24 |
| P 45:1-24 | P 46:1-24 | P 47:1-24 |
| P 48:1 | P 50:8-24 | P 51:1-24 |
| P 52:4-7; 10-12 | P 110:4-6; 10-16 | P 111:7-16 |
| P 113:17-24 | P 114:1-15 | P 115:21-24 |
| P 116:1 | P 119:11-24 | P 120:1; 18-24 |
| P 121:1-14; 15-24 | P 122:1-2 | P 124:21-24 |
| P 53:2-5; 8-22 | P 55:17-24 | P 56:1-10 |
| P 62:18-24 | P 63:1-3; 13-23 | P 64:4-5; 7-16; 18-24 |
| P 65:1-24 | P 66:1-24 | P 67:1-12 |
| P 71:15-17; 21-24 | P 125:1-7 | P 126:21-24 |

    P 127:6-24                    P 128:1-10                  P 131:2-23
    P 132:3-13                   P 136:20-21; 24        P 137:2; 4-9
    P 138:10-16

David Bromley:

    P 12:12-23                   P 13:8-15                  P 18:19-22
    P 25:4-21                     P 28:21-23              P 29:1-10
    P 35:3-23                     P 36:11-23              P 37:1-23
    P 39:9-23                     P 40:1-13                 P 42:10-23
    P 43:1-2                       P 47:1-24                 P 48:1-2
    P 48:10-24                   P 49:1-23                 P 51:14-23
    P 52:2-7                       P 53:3-5                   P 53:7-9
    P 55:19-23                   P 56:1-22                 P 59:1-3

Wayne Jones:

    P 11:4-11                     P 12:1-24                 P 13:1-24
    P 14:1-10                     P 15:5-24                 P 16:1-24
    P:17:1-24                    P 18:1-16                 P 28:5-7;10-18
    P 29:5-13                     P 33:7-19                 P 38:3-18

Dated:  March 12, 2007                                    Respectfully submitted,


                                                             /s/ Zhiyuan Xu
                                                             Zhiyuan Xu

OF COUNSEL
Thomas G. Mancuso
Constance C. Walker
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
Telephone: 334-265-8573
Facsimile: 334-264-7945
Email: tgm@hsy.com

OF COUNSEL
Eugene J. Geekie, Jr.
Jonathan P. Friedland
Zhiyuan "Mike" Xu
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (Fax)
egeekie@schiffhardin.com

Counsel for Koch Foods of Alabama, LLC

Case 2:07-cv-00522-MHT-TFM     Document 89     Filed 03/12/2008     Page 4 of 4

-4-

CERTIFCATE OF SERVICE

The undersigned, an attorney, certifies that copies of the foregoing were caused to be served upon counsel of record addressed as follows by the ECF system on this 12th day March, 2008.

       Alexander Terras
       Timothy Scott Harris
       Reed Smith Sachnoff & Weaver
       10 South Wacker Drive
       Chicago, IL 60606
       312-207-1000
       Fax: 312-207-6400
       tharris@reedsmith.com
       aterras@reedsmith.com

       Rusha Christina Smith
       Bradley Arant Rose & White LLP
       One Federal Place
       1819 Fifth Avenue North
       Birmingham, AL 35203-2104
       205-521-8010
       Fax: 205-488-6010
       Email: rsmith@bradleyarant.com

                            /s/ Zhiyuan Xu
                              Zhiyuan Xu

CH2\2371295.3