## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company, | ) ) ) | Case No. 07-cv-522-MHT |
| Plaintiff and Counterclaim-defendant, | ) ) | Honorable Myron H. Thompson |
| v. | ) ) | |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | ) ) ) | |
| Defendant and Counterclaim-plaintiff. | ) | |

## KOCH FOODS' RESPONSIVE COUNTER DEPOSITION DESIGNATIONS

Plaintiff and Counterclaim-Defendant, Koch Foods of Alabama, LLC ("Koch"), through its undersigned counsel, submits the following responsive counter deposition designations to the designations made by GE Capital of the deposition.  Koch reserves the right to designate/read any designation previously made by GE Capital.

Mark Kaminsky:

| | | |
|---|---|---|
| P 15:8-24 | P 16:6-17 | P 21:14-24 |
| P 22:1-14 | P 25:16-24 | P 26:1-24 |
| P 27:1-10 | P 39:21-24 | P 40:1-13 |
| P 41:5-21 | P 73:16-18 | P 74:2-24 |
| P 75:1 | P 80:6-15; 22-24 | P 81:1-9 |
| P 86:8-24 | P 87:1; 11-19 | P 90:3-5; 11-13 |
| P 96:4-22 | P 103:10-19 | P 108:11-20 |
| P 42:18-24 | P 43:1-24 | P 44:1-11; 17-24 |
| P 45:1-24 | P 46:1-24 | P 47:1-24 |
| P 48:1 | P 50:8-24 | P 51:1-24 |
| P 52:4-7; 10-12 | P 110:4-6; 10-16 | P 111:7-16 |
| P 113:17-24 | P 114:1-15 | P 115:21-24 |
| P 116:1 | P 119:11-24 | P 120:1; 18-24 |
| P 121:1-14; 15-24 | P 122:1-2 | P 124:21-24 |
| P 53:2-5; 8-22 | P 55:17-24 | P 56:1-10 |
| P 62:18-24 | P 63:1-3; 13-23 | P 64:4-5; 7-16; 18-24 |
| P 65:1-24 | P 66:1-24 | P 67:1-12 |
| P 71:15-17; 21-24 | P 125:1-7 | P 126:21-24 |

| | | |
|---|---|---|
| P 127:6-24 | P 128:1-10 | P 131:2-23 |
| P 132:3-13 | P 136:20-21; 24 | P 137:2; 4-9 |
| P 138:10-16 | | |

David Bromley:

| | | |
|---|---|---|
| P 12:12-23 | P 13:8-15 | P 18:19-22 |
| P 25:4-21 | P 28:21-23 | P 29:1-10 |
| P 35:3-23 | P 36:11-23 | P 37:1-23 |
| P 39:9-23 | P 40:1-13 | P 42:10-23 |
| P 43:1-2 | P 47:1-24 | P 48:1-2 |
| P 48:10-24 | P 49:1-23 | P 51:14-23 |
| P 52:2-7 | P 53:3-5 | P 53:7-9 |
| P 55:19-23 | P 56:1-22 | P 59:1-3 |

Wayne Jones:

| | | |
|---|---|---|
| P 11:4-11 | P 12:1-24 | P 13:1-24 |
| P 14:1-10 | P 15:5-24 | P 16:1-24 |
| P:17:1-24 | P 18:1-16 | P 28:5-7;10-18 |
| P 29:5-13 | P 33:7-19 | P 38:3-18 |

Dated:  March 13, 2007                                    Respectfully submitted,


                                                    /s/ Zhiyuan Xu
                                                    Zhiyuan Xu

OF COUNSEL
Thomas G. Mancuso
Constance C. Walker
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
Telephone: 334-265-8573
Facsimile: 334-264-7945
Email: tgm@hsy.com

OF COUNSEL
Eugene J. Geekie, Jr.
Jonathan P. Friedland
Zhiyuan "Mike" Xu
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (Fax)
egeekie@schiffhardin.com

Counsel for Koch Foods of Alabama, LLC

-4-

## CERTIFCATE OF SERVICE

The undersigned, an attorney, certifies that copies of the foregoing were caused to be served upon counsel of record addressed as follows by the ECF system on this 13th day March, 2008.

Alexander Terras
Timothy Scott Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL 60606
312-207-1000
Fax: 312-207-6400
tharris@reedsmith.com
aterras@reedsmith.com

Rusha Christina Smith
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
205-521-8010
Fax: 205-488-6010
Email: rsmith@bradleyarant.com

/s/ Zhiyuan Xu
Zhiyuan Xu

CH2\2371295.3