UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KOCH FOODS OF ALABAMA, LLC,　　　　　)
an Alabama limited liability company,　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff and Counter-　　　　　　　)
　　　　Defendant,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　CIVIL ACTION NO.
　　vs.　　　　　　　　　　　　　　　　　)　　2:07 CV 522-MHT
　　　　　　　　　　　　　　　　　　　　)
GENERAL ELECTRIC CAPITAL　　　　　　　)
CORPORATION, a Delaware corporation,　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　Defendant, and Counter-　　　　　　)
　　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

GENERAL ELECTRIC CAPITAL CORPORATIONS'S REPLY
REGARDING DEPOSITION DESIGNATIONS TO BE USED AT TRIAL

Defendant and Counterplaintiff, General Electric Capital Corporation ("GE Capital"), by and through its undersigned counsel, pursuant to Section 10 of the Uniform Scheduling Order (the "Scheduling Order"), and upon the representation of Koch Foods of Alabama, LLC that it will call each of the individuals for whom responsive deposition designations were identified (i.e. Mark Kaminsky, Wayne Jones, and David Bromley) as witnesses at trial, designates no further deposition designations at this time. GE Capital reserves its rights, pursuant to Section 10 of the Scheduling Order, to use any part of a deposition or document not otherwise identified herein for the purpose of impeachment.

Dated: March 17, 2008.

　　　　　　　　　　　　　　　By:　　/s/ Rusha C. Smith
　　　　　　　　　　　　　　　　　　　Attorney for General Electric Capital
　　　　　　　　　　　　　　　　　　　Corporation

OF COUNSEL:
Rusha C. Smith
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

OF COUNSEL:
Alexander Terras
Timothy S. Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL  60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400


CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas G. Mancuso, Esq.
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, AL  36103-4660

Eugene J. Geekie, Jr., Esq.
Mike Xu, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606


/s/ Rusha C. Smith
COUNSEL