IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA, LLC, | * | |
| an Alabama Limited Liability Company, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Case No. 2:07cv522-MHT |
| | * | |
| GENERAL ELECTRIC CAPITAL | * | |
| CORPORATION, a Delaware corporation, | * | |
| | * | |
| Defendant and Counter-Plaintiff. | * | |

**NOTICE OF APPEARANCE**

COMES NOW Thomas T. Gallion, III of the law firm of Haskell Slaughter Young & Gallion, LLC, and files this notice of appearance as additional counsel for the Plaintiff Koch Foods of Alabama, LLC. The undersign will be representing Koch Foods of Alabama, LLC, along with co-counsel Eugene J. Geekie, Jr., Zhiyuan "Mike" Xu, Thomas G. Mancuso, and Constance C. Walker, counsel of record for the Plaintiff in this matter.

Respectively submitted this 20th day of March 2008.

 s/ Thomas T. Gallion, III_____
Thomas T. Gallion, III  (ASB-5295-L74T)

Of Counsel:
Thomas G. Mancuso (ASB-6179-O53T)
Constance C. Walker (ASB-5510-L66C)
HASKELL SLAUGHTER YOUNG & GALLION, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
(334) 265-8573
Fax: (334) 264-7945
Email: tgm@hsy.com
ccw@hsy.com
mp@hsy.com
AND

Eugene J. Geekie, Jr. (ARDC #6195060)
Zhiyuan "Mike" Xu  (ARDC #6292094)
**SCHIFF HARDIN, LLP**
6600 Sears Tower
Chicago, Illinois  60606-6473
(312) 258-5500
Fax: (312) 258-5700

Counsel for Koch Foods of Alabama, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties or counsel:

Alexander Terras, Esq.
Timothy Scott Harris, Esq.
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL  60606

Rusha Christian Smith
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue, North
Birmingham, AL  35203

                                            ___s / Thomas T. Gallion, III_____
                                            Of Counsel

41556-001
#32,098