IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS OF ALABAMA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 2:07cv522 -MHT |
| ) | |
| GENERAL ELECTRIC CAPITAL ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

COMES NOW the undersigned, pursuant to Local Rule 83.1(b), and respectfully moves this Court for admission *pro hac vice* of Ann Elizabeth Pille ("Ms. Pille") in the above-styled cause. As grounds for this motion, the undersigned shows as follows:

1. Ms. Pille has been retained by Defendant General Electric Capital Corporation to represent it in connection with this action.

2. Ms. Pille is an attorney at the firm of Reed Smith LLP, 10 South Wacker Drive, Chicago, Illinois, 60606, (312) 207-1000 (telephone), (312) 207-6400 (facsimile), apille@reedsmith.com.

3. Ms. Pille is qualified, admitted, and licensed to practice before the United States District Court for the Northern District of Illinois. Attached hereto is the Certificate of Good Standing for Ms. Pille issued by that Court. Ms. Pille has never been disciplined or otherwise disqualified from the practice of law nor has an application for her *pro hac vice* admission in a case been denied.

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully requests that Ms. Pille be admitted to practice *pro hac vice* before this Court.

Dated: March 28, 2008.

By: /s/ Rusha C. Smith
Attorney for General Electric Capital Corporation

OF COUNSEL:
Rusha C. Smith
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

OF COUNSEL:
Alexander Terras
Timothy S. Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

## CERTIFICATE OF SERVICE

    I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas G. Mancuso, Esq.
Thomas T. Gallion, III, Esq.
Constance C. Walker, Esq.
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, AL  36103-4660

Eugene J. Geekie, Jr., Esq.
Mike Xu, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago IL  60606

    /s/ Rusha C. Smith
    COUNSEL

1/1687263.1

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Ann Elizabeth Pille

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Ann Elizabeth Pille was duly admitted to practice in said Court on (02/02/2005) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (03/27/2008 )

Michael W. Dobbins, Clerk,
By: Krysten J. Coppoletta
Deputy Clerk

## CERTIFICATE OF RETENTION OF ORIGINAL
## CERTIFICATE OF GOOD STANDING

     As attorney for the filer of the Motion for Admission *Pro Hac Vice* and Certificate of Good Standing attached thereto, I hereby certify that the filer or the filer's attorney currently holds the original Certificate of Good Standing with any required formalities, will make the same available upon request of this Court or of a party, and will retain the hard copy of the same for one year after the expiration of all time periods for appeals, or resolution of appeals, whichever is later.

Dated: March 28, 2008

                                        /s/ Rusha C. Smith
                                        Attorney for General Electric Capital
                                        Corporation

OF COUNSEL:
Rusha C. Smith
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

OF COUNSEL:
Alexander Terras
Timothy S. Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400