**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
        TELEPHONE:
CLERK
334 954-3600

January 15, 2008

# NOTICE

**TO:  ALL COUNSEL OF RECORD:**

You are hereby notified that the jury list and jurors' profiles for the term of court beginning <u>4/14/08</u> will be available at 3:30 p.m. on 4/11/2008, in the Jury Assembly Room (B-108), first floor, Frank M. Johnson, Jr. United States Courthouse Annex, One Church Street, Montgomery, Alabama. The Court instructs counsel that the profiles are CONFIDENTIAL DOCUMENTS and should be treated as such.  The information will now be provided in electronic media (disc) only.  Counsel MUST return ALL discs to the Courtroom Deputy on the morning of jury selection.

The attached Juror Questionnaire Certification must be signed by counsel of record. If counsel designates an alternate person to obtain the juror profiles the designee must also sign the Juror Questionnaire Certification. The Juror Questionnaire Certification must be submitted to the Jury Administrator/Clerk's office at the time the juror profiles are obtained. (This document can be found on our website at www.almd.uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

| | | |
|---|---|---|
| **<u>Koch Foods of Alabama, LLC</u>** | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| vs. | ) | Case No.2:07cv522-MHT |
| | ) | |
| **General Electric Capital Corp.** | ) | |
| **Defendant(s).** | ) | |

**JUROR QUESTIONNAIRE CERTIFICATION**

**I, _____, counsel for _____, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.**

**I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.**

**I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.**

**Signature of Counsel of Record: _____
Printed Name of Counsel of Record:   _____
Date: _____**

**If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: _____
Date: _____**

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MONTGOMERY CIVIL JURY TERM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMMENCING APRIL 14, 2008 AT 10:00 AM\*
MONTGOMERY , ALABAMA

Judge Myron H. Thompson, Presiding

---

\*ALL juries will be selected on April 14, 2008, at 10:00 a.m., with individual trials commencing thereafter as scheduled by the court.

U.S. District Court
Alabama Middle District
Calendar Events Set For 4/14/2008

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

JURY SELECTION & TRIAL:
JERRY LEON DEES,JR. v HYUNDIA MOTOR MANUFACTURING ALABAMA, LLC et al.,
2:07cv306-MHT

---

10:00 AM

    2:07-cv-00306-MHT-CSC Dees v. Hyundai Motor Manufacturing Alabama, LLC et al
    (Nature of Suit 442  - Civil Rights: Jobs)

    David Allen McDonald and Jeffrey Rayborn Sport and Vincent F. Kilborn III and W. Perry Hall representing Jerry Leon Dees, Jr (Plaintiff)

    Joseph Trent Scofield and Matthew Kinard Johnson and Thomas Scott Kelly and Timothy A. Palmer representing Hyundai Motor Manufacturing Alabama, LLC, and  Hyundai Motor America, Inc. (Defendants)

    Stephen Barrett Griffin representing Saeed A. Shah (Movant)

    Henry Clay Barnett, Jr representing Industrial Care Management (Movant)

U.S. District Court
Alabama Middle District
Calendar Events Set For 4/14/2008

Judge Myron H. Thompson, Presiding
Courtroom 2FMJ

JURY SELECTION & TRIAL:
KOCH FOODS OF ALABAMA, LLC v GENERAL ELECTRIC CAPITAL CORPORATION,
2:07cv522-MHT

---

10:00 AM

2:07-cv-00522-MHT-TFM Koch Foods of Alabama, LLC v. General Electric Capital Corporation
(Nature of Suit 190 - Contract: Other)

Constance Caldwell Walker and Eugene J. Geekie Jr. and Thomas T. Gallion III and Thomas Glenn Mancuso and Zhiyuan Xu representing Koch Foods of Alabama, LLC (Plaintiff)

Alexander Terras and Rusha Christina Smith and Timothy Scott Harris representing General Electric Capital Corporation (Defendant)

Rusha Christina Smith representing General Electric Capital Corporation (Counter Claimant)

Thomas T. Gallion, III and Zhiyuan Xu representing Koch Foods of Alabama, LLC (Counter Defendant)