# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company, ) ) ) Plaintiff and Counterclaim-defendant, ) ) v. ) ) GENERAL ELECTRIC CAPITAL ) CORPORATION, a Delaware corporation, ) ) Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT<br><br>Honorable Myron H. Thompson<br><br>Honorable Terry F. Moorer |

## KOCH FOODS' OBJECTIONS TO GECC'S DESIGNATION OF EXHIBITS

Plaintiff and Counterclaim-Defendant, Koch Foods of Alabama, LLC ("Koch"), through its undersigned counsel, pursuant to this Court's Uniform Scheduling Order dated July 17, 2007, submits the following objection (the "Objection") to the Designation of Exhibits submitted by Defendant and Counterclaim-Plaintiff General Electric Capital Corporation ("GECC") (Doc. No. 84):

Koch objects to Exhibit 2 of GECC's Designation of Exhibits, which is tilted "Expert Report of Robert Breakstone for General Electric Capital Corporation in the matter of Koch Foods of Alabama, LLC v. General Electric Capital Corporation, Case No. 07 C 522, dated October 1, 2007."

The grounds for Koch's objections are fully set forth in Koch's *Motion In Limine To Exclude Robert Breakstone's Testimony, To Exclude Evidence Regarding Other Litigation, And To Exclude Evidence Of Conversion Of The Spiral Freezer*, which will be filed contemporaneously with these Objection. Koch objects to Mr. Breakstone's report because Mr. Breakstone's opinions in his report are unreliable and misleading and, thus, fail to meet the

requirements under Rule 702 of the Federal Rules of Evidence (the "Rules"). In addition, the misleading effect of his opinions substantially outweighs their probative value, and, therefore, Mr. Breakstone's report must be excluded under Rule 403. Moreover, Because Mr. Breakstone has no personal knowledge of the equipment, he cannot offer any lay opinion testimony regarding the value of the equipment under Rule 701.

Dated: March 31, 2008                                    Respectfully submitted,


                                                           /s/ Zhiyuan Xu
                                                           Zhiyuan Xu

OF COUNSEL
Thomas G. Mancuso
Constance C. Walker
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
Telephone: 334-265-8573
Facsimile: 334-264-7945
Email: tgm@hsy.com

OF COUNSEL
Eugene J. Geekie, Jr.
Jonathan P. Friedland
Zhiyuan "Mike" Xu
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500
(312) 258-5600 (Fax)
egeekie@schiffhardin.com

Counsel for Koch Foods of Alabama, LLC

CERTIFCATE OF SERVICE

The undersigned, an attorney, certifies that copies of the foreoing were caused to be served upon counsel of record addressed as follows by the ECF system on this 31st day March, 2008.

>Alexander Terras
>Timothy Scott Harris
>Reed Smith Sachnoff & Weaver
>10 South Wacker Drive
>Chicago, IL 60606
>312-207-1000
>Fax: 312-207-6400
>tharris@reedsmith.com
>aterras@reedsmith.com
>
>Rusha Christina Smith
>Bradley Arant Rose & White LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203-2104
>205-521-8010
>Fax: 205-488-6010
>Email: rsmith@bradleyarant.com

>/s/ Zhiyuan Xu
>Zhiyuan Xu

CH2\2417369.1