**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 1, 2008

# NOTICE OF CORRECTION

**From:**            Clerk's Office

**Case Style:**      **Koch Foods of Alabama, LLC v. General Electric Capital Corp.**

**Case Number:**     **#2:07-cv-00522-MHT**

**Referenced Document:**   Document #108
Proposed Jury Instructions filed by Koch Foods of Alabama, LLC

**The referenced pleading is an incomplete document filed in error in this case. The corrected pleading is filed as Document #109.**

**The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.**