```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004490
Cashier ID: brobinso
Transaction Date: 04/01/2008
Payer Name: BRADLEY ARANT ROSE AND WHITE
------------------------------------
PRO HAC VICE
 For: ANN ELIZABETH PILLE
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 018007
 Amt Tendered: $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

PAYMENT ACCOMPANYING MPHV FILED ON
3/28/08, CASE NO 07-CV-522
```