**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 1, 2008

# NOTICE OF CORRECTION

**To:**            **All Counsel of Record**

**From:**          **Clerk's Office**

**Case Style:**    **Koch Foods of Alabama, LLC v. General Electric Capital Corp.**

**Case Number:**   **#2:07-cv-00522-MHT**

**Referenced Document:** Document #110
                          Proposed Verdict Forms

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain an electronic signature as required by the Civil Administrative Procedures II-C nor did it contain a certificate of service. The corrected pdf is attached to this notice.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, ) <br> an Alabama limited liability company, ) <br> ) <br> Plaintiff and Counterclaim-defendant, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC CAPITAL ) <br> CORPORATION, a Delaware corporation, ) <br> ) <br> Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT <br><br> Honorable Myron H. Thompson <br><br> Honorable Terry F. Moorer |

**NOTICE OF SUBMISSION OF VERDICT FORMS**

COMES NOW Plaintiff Koch Foods of Alabama, Inc., and submits the following proposed verdict forms:

/s/ Constance C. Walker
Constance C. Walker (ASB-5510-L66C)
Attorney for Plaintiff Koch Foods of
Alabama, LLC

OF COUNSEL:

Thomas G. Mancuso
Thomas T. Gallion, III
Constance C. Walker
HASKELL SLAUGHTER YOUNG & GALLION, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
(334) 265-8573
(334) 264-7945 (fax)
tgm@hsy.com
ttg@hsy.com; mp@hsy.com
ccw@hsy.com

OF COUNSEL:

Eugene J. Geekie, Jr.
Zhiyuan "Mike" Xu
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (fax)
egeekie@sschiffhardin.com
mxu@schiffhardin.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following counsel:

Alexander Terras
Timothy Scott Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL 60606

Rusha Christina Smith
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

/s/ Constance C. Walker
OF COUNSEL

## **VERDICT FORM**

Complete all questions that apply.

1. Did the plaintiff, Koch Foods of Alabama, LLC, prove by a preponderance of evidence that the deboning lines and the spiral freezer are the fixtures of Koch Foods' poultry processing facility?

   _____ Yes          _____ No

   If you answered yes, sign and date Verdict From A, and stop, and this concludes all the questions you need to answer.  If you answered no, sign and date Verdict From B, and proceed to the next question.

2. Did the counterclaim plaintiff, General Electric Capital Corporation, prove by a preponderance of evidence that the counterclaim defendant, Koch Foods of Alabama, LLC, converted the spiral freezer located at Koch Foods' poultry processing facility?

   _____ Yes          _____ No

   If you answered no, sign and date Verdict From C, skip question 3, and go directly to question 4.  If you answered yes, proceed to the next question.

3. What amount of money will fairly and adequately compensate the counterclaim plaintiff, General Electric Capital Corporation, for the damages it sustained as a result of Koch Foods' conversion of the spiral freezer?

   If appropriate, enter amount $_____

   Please fill this amount on Verdict Form D, sign and date Verdict Form D, and proceed to the next question.

4. Did the counterclaim plaintiff, General Electric Capital Corporation, prove by a preponderance of evidence that the counterclaim defendant, Koch Foods of Alabama, LLC, converted the deboning lines located at Koch Foods' poultry processing facility?

     _____ Yes          _____ No

   If you answered no, sign and date Verdict From E, skip questions 5 through 7, and go directly to question 8. If you answered yes, proceed to the next question.

5. What amount of money will fairly and adequately compensate the counterclaim plaintiff, General Electric Capital Corporation, for the damages it sustained as a result of Koch Foods' conversion of the deboning lines?

          If appropriate, enter amount $_____

   Please fill this amount on Verdict Form F, sign and date Verdict Form F, and proceed to the next question.

6. Has the counterclaim plaintiff, General Electric Capital Corporation, by clear and convincing evidence demonstrated that the counterclaim defendant, Koch Foods of Alabama, LLC, consciously or deliberately engaged in legal malice, willfulness, insult, or other aggravating circumstances?

     _____ Yes          _____ No

   If you answered no, sign and date Verdict From G, and this concludes the questions you need to answer. If you answered yes, then proceed to the next question.

7. What amount of money will fairly and adequately represent the amount of punitive damages that you think is appropriate?

          If appropriate, enter amount $_____

      Please fill this amount on Verdict Form H, and sign and Date Form H, and this concludes the questions you need to answer.

8.     Did the plaintiff, Koch Foods of Alabama, LLC, prove by a preponderance of evidence, that the defendant, General Electric Capital Corporation, by leaving the deboning lines and the spiral freezer at Koch Foods' facility, is liable to Koch Foods for storage costs and other maintenance expenses?

      _____ Yes       _____ No

      If you answered no, sign and date Verdict Form I, and this concludes the questions you need to answer. If you answered yes, please proceed to the next question.

9.     What amount of money will fairly and adequately compensate the plaintiff, Koch Foods of Alabama, LLC, for the storage costs and maintenance expenses it incurred?

      If appropriate, enter amount $_____

      Please fill this amount on Verdict Form F and sign and date Verdict Form J. This concludes the questions you need to answer.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company, )<br><br>Plaintiff and Counterclaim-defendant, )<br><br>v. )<br><br>GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, )<br><br>Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT<br><br>Honorable Myron H. Thompson<br><br>Honorable Terry F. Moorer |

**VERDICT FORM A**

We, the jury, in the above-captioned action, find in favor of the plaintiff, Koch Foods of Alabama, LLC, and against the defendant, General Electric Capital Corporation, on the plaintiff's claim that the deboning lines and the spiral freezer are fixtures of Koch Foods' poultry processing facility.

_____          _____
Date                                                    FOREPERSON

6

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, ) <br> an Alabama limited liability company, ) <br> ) <br>    Plaintiff and Counterclaim-defendant, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC CAPITAL ) <br> CORPORATION, a Delaware corporation, ) <br> ) <br>    Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT <br><br> Honorable Myron H. Thompson <br><br> Honorable Terry F. Moorer |

**VERDICT FORM B**

We, the jury, in the above-captioned action, find in favor of the defendant, General Electric Capital Corporation, and against the plaintiff, Koch Foods of Alabama, LLC, on the plaintiff's claim that the deboning lines and the spiral freezer are fixtures of Koch Foods' poultry processing facility.

_____         _____
Date                                                     FOREPERSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company, | ) ) ) Case No. 07-cv-522-MHT |
| Plaintiff and Counterclaim-defendant, | ) ) ) Honorable Myron H. Thompson |
| v. | ) ) ) Honorable Terry F. Moorer |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | ) ) ) |
| Defendant and Counterclaim-plaintiff. | ) |

## VERDICT FORM C

We, the jury, in the above-captioned action, find in favor of the counterclaim defendant, Koch Foods of Alabama, LLC, and against the counterclaim plaintiff, General Electric Capital Corporation, on the counterclaim that Koch Foods converted the spiral freezer located at Koch Foods' poultry processing facility.

_____           _____
Date                                                              FOREPERSON

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company, )<br>)<br>Plaintiff and Counterclaim-defendant, )<br>)<br>v. )<br>)<br>GENERAL ELECTRIC CAPITAL )<br>CORPORATION, a Delaware corporation, )<br>)<br>Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT<br><br>Honorable Myron H. Thompson<br><br>Honorable Terry F. Moorer |

## VERDICT FORM D

We, the jury, in the above-captioned action, find in favor of the counterclaim plaintiff, General Electric Capital Corporation, and against the counterclaim defendant, Koch Foods of Alabama, LLC, on the counterclaim that Koch Foods converted the spiral freezer located at Koch Foods' poultry processing facility. Accordingly, we award the counterclaim plaintiff compensatory damages in the amount of $_____.

_____              _____
Date                                                                           FOREPERSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, ) <br> an Alabama limited liability company, ) <br> ) <br>    Plaintiff and Counterclaim-defendant, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC CAPITAL ) <br> CORPORATION, a Delaware corporation, ) <br> ) <br>    Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT <br><br> Honorable Myron H. Thompson <br><br> Honorable Terry F. Moorer |

## VERDICT FORM E

We, the jury, in the above-captioned action, find in favor of the counterclaim defendant, Koch Foods of Alabama, LLC, and against the counterclaim plaintiff, General Electric Capital Corporation, on the counterclaim that Koch Foods converted the deboning lines located at Koch Foods' poultry processing facility.

_____     _____
Date                                                                        FOREPERSON

10

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company, ) ) ) | Case No. 07-cv-522-MHT |
| Plaintiff and Counterclaim-defendant, ) ) | Honorable Myron H. Thompson |
| v. ) ) | Honorable Terry F. Moorer |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, ) ) ) | |
| Defendant and Counterclaim-plaintiff. ) | |

## VERDICT FORM F

We, the jury, in the above-captioned action, find in favor of the counterclaim plaintiff, General Electric Capital Corporation, and against the counterclaim defendant, Koch Foods of Alabama, LLC, on the counterclaim that Koch Foods converted the deboning lines located at Koch Foods' poultry processing facility. Accordingly, we award the counterclaim plaintiff compensatory damages in the amount of $_____.

_____     _____
Date                                                                    FOREPERSON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company, ) ) ) | Case No. 07-cv-522-MHT |
| Plaintiff and Counterclaim-defendant, ) ) | |
| ) | Honorable Myron H. Thompson |
| v. ) ) | |
| ) | Honorable Terry F. Moorer |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, ) ) ) | |
| Defendant and Counterclaim-plaintiff. ) | |

## **VERDICT FORM G**

We, the jury, DO NOT find that the counterclaim plaintiff, General Electric Capital Corporation, should be awarded any punitive damages.

_____       _____
Date                                                                FOREPERSON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, ) <br> an Alabama limited liability company, ) <br> ) <br> Plaintiff and Counterclaim-defendant, ) <br> ) <br> v.  ) <br> ) <br> GENERAL ELECTRIC CAPITAL  ) <br> CORPORATION, a Delaware corporation, ) <br> ) <br> Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT <br><br> Honorable Myron H. Thompson <br><br> Honorable Terry F. Moorer |

## **VERDICT FORM H**

We, the jury, DO find that the counterclaim plaintiff, General Electric Capital Corporation, should be awarded punitive damages in the amount of $_____.

_____          _____
Date                                                                        FOREPERSON

13

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA, LLC, an Alabama limited liability company, | ) ) ) | Case No. 07-cv-522-MHT |
| Plaintiff and Counterclaim-defendant, | ) ) ) | Honorable Myron H. Thompson |
| v. | ) ) | Honorable Terry F. Moorer |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | ) ) ) | |
| Defendant and Counterclaim-plaintiff. | ) | |

**VERDICT FORM I**

We, the jury, in the above-captioned action, find in favor of the defendant, General Electric Capital Corporation, and against the plaintiff, Koch Foods of Alabama, LLC, on the plaintiff's claim that the defendant is liable for storage costs and maintenance expenses that the plaintiff incurred for the deboning lines and the spiral freezer.

_____   _____
Date                                                                          FOREPERSON

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| KOCH FOODS OF ALABAMA, LLC, ) <br> an Alabama limited liability company, ) <br> ) <br> Plaintiff and Counterclaim-defendant, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC CAPITAL ) <br> CORPORATION, a Delaware corporation, ) <br> ) <br> Defendant and Counterclaim-plaintiff. ) | Case No. 07-cv-522-MHT <br><br> Honorable Myron H. Thompson <br><br> Honorable Terry F. Moorer |

## **VERDICT FORM J**

We, the jury, in the above-captioned action, find in favor of the plaintiff, Koch Foods of Alabama, LLC, and against the defendant, General Electric Capital Corporation, on the plaintiff's claim that the defendant is liable for storage costs and maintenance expenses that the plaintiff incurred for the deboning lines and the spiral freezer. Accordingly, we award the plaintiff compensatory damages in the amount of $ _____.


_____          _____
Date                                                                      FOREPERSON

15