IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA LLC, ) | | |
| an Alabama Limited ) | | |
| Liability Co., ) | | |
| ) | | |
|     Plaintiff, ) | | |
| ) | CIVIL ACTION NO. | |
|     v. ) | 2:07cv522-MHT | |
| ) | | |
| GENERAL ELECTRIC CAPITAL ) | | |
| CORPORATION, a Delaware ) | | |
| Corporation, ) | | |
| ) | | |
|     Defendant. ) | | |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 93) is granted.

DONE, this the 1st day of April, 2008.

                            /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**