IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KOCH FOODS OF ALABAMA LLC,  )
an Alabama Limited          )
Liability Co.,              )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )     2:07cv522-MHT
                            )
GENERAL ELECTRIC CAPITAL    )
CORPORATION, a Delaware     )
Corporation,                )
                            )
     Defendant.             )
```

ORDER

Upon consideration of the parties' motions in limine (Doc. Nos. 95, 96, 97, 98, & 107) and objections (Doc. Nos. 100, 104, 105, & 106), it is ORDERED that counsel for all parties are to do the following:

(1) Meet, in person, by no later than April 7, 2008, to attempt to resolve the motions and objections; and

(2) File a jointly prepared report by April 9, 2008, (a) as to which motions and objections are resolved and

which ones remain unresolved and (b), for each and every unresolved motion and objection, setting forth in detail the position of each side.

DONE, this the 2nd day of April, 2008.


      /s/ Myron H. Thompson
  **UNITED STATES DISTRICT JUDGE**