IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KOCH FOODS OF ALABAMA LLC, an Alabama limited liability company | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION NO. 2:07-cv-522-MHT |
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation | ) ) ) ) ) |
| Defendant and Counter-Plaintiff. | ) |

### ORDER

Pending before the Court is *GE Capital's Motion to Quash Subpoenas Issued to James Hanley and Joseph DiSalvo* (Doc. 116, filed April 3, 2008). The Motion has been referred to the undersigned Magistrate Judge. As such, Koch Foods should file its response **on or before 9:00 a.m. on Wednesday, April 9, 2008**.

DONE this 7th day of April, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE