IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KOCH FOODS OF ALABAMA LLC,   )
an Alabama Limited           )
Liability Co.,               )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )       2:07cv522-MHT
                             )
GENERAL ELECTRIC CAPITAL     )
CORPORATION, a Delaware      )
Corporation,                 )
                             )
     Defendant.              )
```

ORDER

It is ORDERED that the motions in limine and to quash (Doc. Nos. 95, 96, 97, 98, 107 & 116) are denied as moot and the objections (Doc. Nos. 100, 104, 105 & 106) are overruled as moot.

DONE, this the 8th day of April, 2008.

        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE