# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

**April 22, 2008**

| | |
|---|---|
| **DEBRA P. HACKETT**<br>**CLERK** | **MAILING ADDRESS:**<br>P. O. Box 711<br>MONTGOMERY, AL 36101<br>(334)954-3610 |

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit　　　　　　　**Re:**　District Court No. 2:07-cv-00522-MHT
56 Forsyth Street, N.W.　　　　　　　KOCH FOODS OF ALABAMA, LLC V. GENERAL
Atlanta, Georgia  30303　　　　　　　　　ELECTRIC CAPITAL CORPORATION
　　　　　　　　　　　　　　　　　　　Court of Appeals No.

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

☒　Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒　First Notice of Appeal:   Yes ☒　　No ☐　Other notices (dates): _____

☐　Other:

☒　The Judge or Magistrate Judge appealed from is: **JUDGE MYRON H. THOMPSON**

☐　The Court Reporter (s) is/are: _____

☐　A hearing was not held in the case.　☒ An **audio tape** is available for transcription of the court hearing

☒　The appellant DOCKET  FEE has been paid: Yes ☐ No ☒ Date paid:

☐　Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐　Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
　　**Enclosed:**  certified copy of Order & an updated docket sheet

☐　Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
　　**Enclosed:**  certified copy of Order & an updated docket sheet

☐　Copy of CJA form / order  appointing counsel.

☐　Certified record on appeal consisting of : __Volume(s) of pleadings; __ PSI (s); __ Volume(s) of transcript; __ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☐　ORIGINAL PAPERS:__Volume(s) of pleadings; ___ Volume(s) of  transcript; ___ folder of exhibits

☐　This is an appeal of a bankruptcy order.  Bankruptcy Judge _____

☐　This is a DEATH PENALTY appeal.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　Donna Norfleet
　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc: Court file