```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004821
Cashier ID: brobinso
Transaction Date: 04/23/2008
Payer Name: BRADLEY ARANT ROSE AND WHITE
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: BRADLEY ARANT ROSE AND WHITE
 Case/Party: D-ALM-2-07-CV-000522-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 019025
 Amt Tendered: $455.00
------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

NTC APPEAL EFILED ON 4/21/08
```