## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| KOCH FOODS OF ALABAMA, LLC,<br>an Alabama limited liability company, | ) | Case No. 07-cv-522-MHT |
| | ) | |
| Plaintiff and Counterclaim-defendant, | ) | |
| | ) | Honorable Myron H. Thompson |
| v. | ) | |
| | ) | Honorable Terry F. Moorer |
| GENERAL ELECTRIC CAPITAL<br>CORPORATION, a Delaware corporation, | ) | |
| | ) | |
| Defendant and Counterclaim-plaintiff. | ) | |

### NOTICE OF CROSS APPEAL

Notice is hereby given that Koch Foods of Alabama, LLC ("Koch') appeals to the Untied

States Court of Appeals for the Eleventh Circuit from the opinion (Docket No. 120) and final

judgment (Docket No. 121) entered on April 8, 2008.


*[the remainder of this page is intentionally left blank]*

2

Dated:  April 28, 2008                          Respectfully submitted,


                                                 /s/ Zhiyuan Xu
                                                 Zhiyuan Xu

Eugene J. Geekie, Jr.
Zhiyuan "Mike" Xu
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois  60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
Email: egeekie@schiffhardin.com

Thomas G. Mancuso
Constance C. Walker
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street
Montgomery, Alabama 36104
Telephone: 334-265-8573
Facsimile: 334-264-7945
Email: tgm@hsy.com

Counsel for Koch Foods of Alabama, LLC

CERTIFCATE OF SERVICE

The undersigned, an attorney, certifies that copies of the foregoing were caused to be

served upon counsel of record addressed as follows by the ECF system on this 28th day of April,

2008.


Alexander Terras
Timothy Scott Harris
Reed Smith Sachnoff & Weaver
10 South Wacker Drive
Chicago, IL 60606
312-207-1000
Fax: 312-207-6400
tharris@reedsmith.com
aterras@reedsmith.com

Rusha Christina Smith
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
205-521-8010
Fax: 205-488-6010
Email: rsmith@bradleyarant.com



                    /s/ Zhiyuan Xu
                    Zhiyuan Xu




CH2\ 2454525.2