UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
MONTGOMERY, ALABAMA

April 22, 2008



MAILING ADDRESS:
P. O. Box 711
MONTGOMERY, AL 36101
(334)954-3610

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

Re:   District Court No. 2:07-cv-00522-MHT
      KOCH FOODS OF ALABAMA, LLC V. GENERAL
      ELECTRIC CAPITAL CORPORATION
      Court of Appeals No.

**08-12090H**

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

☒   Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒   First Notice of Appeal:   Yes ☒   No ☐   Other notices (dates):_____

☐   Other:

☒   The Judge or Magistrate Judge appealed from is:__**JUDGE MYRON H. THOMPSON**__

☐   The Court Reporter (s) is/are: _____

☐   A hearing was not held in the case.   ☒  An **audio tape** is available for transcription of the court hearing

☒   The appellant DOCKET FEE has been paid: Yes ☐ No ☒ Date paid:

☐   Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐   Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
    **Enclosed:** certified copy of Order & an updated docket sheet

☐   Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
    **Enclosed:** certified copy of Order & an updated docket sheet

☐   Copy of CJA form / order appointing counsel.

☐   Certified record on appeal consisting of : __Volume(s) of pleadings; ___ PSI (s); _ Volume(s) of transcript; _ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☐   ORIGINAL PAPERS:___Volume(s) of pleadings;  ____ Volume(s) of transcript; ____ folder of exhibits

☐   This is an appeal of a bankruptcy order. Bankruptcy Judge _____

☐   This is a DEATH PENALTY appeal.

Very truly yours,

Donna Norfleet
Deputy Clerk

cc: Court file