```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004898
Cashier ID: khaynes
Transaction Date: 04/30/2008
Payer Name: SCHIFF HARDIN
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: SCHIFF HARDIN
 Case/Party: D-ALM-2-07-CV-000522-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 382810
 Amt Tendered: $455.00
------------------------------------
Total Due:       $455.00
Total Tendered: $455.00
Change Amt:      $0.00

2:07-cv-00522-MHT-TFM
```

Koch Foods of Alabama, LLC v.
General Electric Capital
Corporation