IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

KOCH FOODS OF ALABAMA LLC,    )
an Alabama Limited            )
Liability Co.,                )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    2:07cv522-MHT
                              )         (WO)
GENERAL ELECTRIC CAPITAL      )
CORPORATION, a Delaware       )
Corporation,                  )
                              )
    Defendant.                )

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on December 18, 2008, wherein the final judgment of this court made and entered herein on April 8, 2008 (Doc. no. 121), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on January 16, 2009, and received in the office of the clerk of this court on January 16, 2009 (Doc. no. 134), it is the ORDER, JUDGMENT, and DECREE of

the court that the final judgment of this court made and entered on April 8, 2008 (Doc. no. 121), is continued in full force and effect.

DONE, this the 28th day of January, 2009.

       /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**